# EXHIBIT 3

**Adamas Pharmaceuticals, Inc. Loss Chart**
**Class Period: August 8, 2017 through September 30, 2019**

**Lookback Price**

4.802380952

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Menacho, Daniel | 10/13/2017 | | | | 3/5/2019 | | | | | | |
| | | 600 | ($20.79) | ($12,473.40) | | 1135 | $8.52 | $9,670.20 | | | |
| | 10/30/2017 | 300 | ($23.74) | ($7,122) | | | | | | | |
| | 11/28/2017 | 235 | ($33.88) | ($7,960.63) | | | | | | | |
| | | 1135 | | ($27,556.03) | | 1135 | | $9,670.20 | 0 | 0 | ($17,885.83) |