**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALI ZAIDI, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | Case No.:  4:19-cv-08051-JSW |
| vs. | |
| ADAMAS PHARMACEUTICALS, INC., GREGORY T. WENT, AND ALFRED G. MERRIWEATHER | **CLASS ACTION** |
| Defendants. | |

**DECLARATION OF DAVID BRICKER IN SUPPORT OF THE**
**MOTION OF ALI ZAIDI FOR APPOINTMENT AS**
**LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, DAVID BRICKER, declare as follows:

1.    I am Of Counsel with the law firm of Thornton Law Firm LLP ("Thornton"), and proposed counsel for lead plaintiff Movant Ali Zaidi ("Movant" or "Zaidi") in the above-captioned action (the "Action"). I submit this Declaration in support of Movant's Motion for entry of an Order: (1) appointing Movant as Lead Plaintiff on behalf of all persons or entities who purchased or otherwise acquired the securities of Adamas Pharmaceuticals, Inc. ("Adamas" or the "Company") from August 8, 2017 and September 30, 2019, both dates inclusive; (2) approving Movant's selection of Thornton as Lead Counsel, The Schall Law Firm as Additional Counsel and Garner & Associates LLP as Local Counsel for the putative class; and (3) granting such other and further relief as the Court may deem just and proper.

2.    Attached hereto as Exhibit A is a true and correct copy of the PSLRA Certification signed by Movant.

1

**DECLARATION OF D. BRICKER RE: MOTION FOR LEAD PLAINTIFF**
**CASE NO.: 4:19-cv-08051-JSW**

3.     Attached hereto as Exhibit B is a true and correct copy of the loss chart detailing Movant's losses.

4.     Attached hereto as Exhibit C is a true and correct copy of the press release announcing the filing of Movant's filed Action on December 10, 2019.

5.     Attached hereto as Exhibit D is a true and correct copy of a Declaration signed by Movant.

6.     Attached hereto as Exhibit E is a true and correct copy of Thornton's firm résumé.

I declare under the penalty of perjury that the foregoing is true to the best of my knowledge.

Executed this 10th day of February, 2020 at Beverly Hills, California.


*/s/ David Bricker*
David Bricker

2

**DECLARATION OF D. BRICKER RE: MOTION FOR LEAD PLAINTIFF**
**CASE NO.: 4:19-cv-08051-JSW**

## CERTIFICATE OF SERVICE

I, Ivy T. Ngo, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 10th day of February, 2020.

/s/ Ivy T. Ngo
Ivy T. Ngo

**DECLARATION OF D. BRICKER RE: MOTION FOR LEAD PLAINTIFF**
**CASE NO.: 4:19-cv-08051-JSW**