## SWORN CERTIFICATION OF PLAINTIFF

I, Syed Ali M. Zaidi, hereby certify as follows:

1.      I have reviewed the complaint filed against Adamas Pharmaceuticals, Inc. ("Adamas") alleging violations of the federal securities laws, and authorized its filing;

2.      I did not purchase the securities of Adamas at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.      I am willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary;

4.      My transactions in Adamas during the Class Period are reflected in Exhibit A, attached hereto;

5.      During the three years prior to the date of this Certification, I have not sought to serve or served as a lead plaintiff and representative party for a class under the federal securities laws;

6.      Beyond my pro rata share of any recovery, I will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this _____11/29/2019_____.

DocuSigned by:

*Ali Zaidi*

931D0C494D8840E...

Syed Ali M. Zaidi

**Exhibit A**

**Transactions in Adamas Pharmaceuticals, Inc. Common Stock (CUSIP: 00548A106)**

| Transaction | Trade Date | Price | Shares | Total |
|---|---|---|---|---|
| Purchase | 8/17/2017 | $ 14.46 | 750 | $ 10,844.93 |
| Purchase | 8/17/2017 | $ 14.60 | 100 | $ 1,460.00 |
| Purchase | 8/17/2017 | $ 14.60 | 100 | $ 1,460.00 |
| Purchase | 8/17/2017 | $ 14.60 | 100 | $ 1,460.00 |
| Purchase | 8/17/2017 | $ 14.60 | 100 | $ 1,460.00 |
| Purchase | 8/17/2017 | $ 14.60 | 100 | $ 1,460.00 |
| Purchase | 8/17/2017 | $ 14.60 | 100 | $ 1,460.00 |
| Purchase | 8/17/2017 | $ 14.60 | 100 | $ 1,460.00 |
| Purchase | 8/17/2017 | $ 14.60 | 100 | $ 1,460.00 |
| Purchase | 8/17/2017 | $ 14.60 | 100 | $ 1,460.00 |
| Purchase | 8/17/2017 | $ 14.59 | 100 | $ 1,459.00 |
| Purchase | 8/17/2017 | $ 14.59 | 800 | $ 11,672.00 |
| Purchase | 8/17/2017 | $ 14.59 | 200 | $ 2,918.00 |
| Purchase | 8/17/2017 | $ 14.60 | 100 | $ 1,460.00 |
| Purchase | 8/17/2017 | $ 14.60 | 100 | $ 1,460.00 |
| Purchase | 8/17/2017 | $ 14.59 | 100 | $ 1,459.00 |
| Purchase | 8/17/2017 | $ 14.59 | 100 | $ 1,459.00 |
| Purchase | 8/22/2017 | $ 14.92 | 400 | $ 5,968.00 |
| Sale | 10/26/2017 | $ 18.71 | 100 | $ 1,871.00 |
| Sale | 10/26/2017 | $ 18.71 | 50 | $ 935.50 |
| Sale | 10/26/2017 | $ 18.71 | 2,650 | $ 49,581.50 |
| Sale | 10/27/2017 | $ 18.42 | 750 | $ 13,815.08 |
| Purchase | 11/1/2017 | $ 26.66 | 1,250 | $ 33,324.93 |
| Purchase | 11/2/2017 | $ 26.80 | 2,350 | $ 62,980.00 |
| Purchase | 12/1/2017 | $ 36.38 | 400 | $ 14,551.00 |
| Sale | 12/1/2017 | $ 33.71 | 100 | $ 3,371.00 |
| Sale | 12/1/2017 | $ 33.67 | 100 | $ 3,367.00 |
| Sale | 12/1/2017 | $ 33.67 | 260 | $ 8,754.20 |
| Sale | 12/1/2017 | $ 33.67 | 229 | $ 7,710.43 |
| Sale | 12/1/2017 | $ 33.67 | 1,661 | $ 55,925.87 |
| Purchase | 12/4/2017 | $ 36.87 | 100 | $ 3,687.00 |
| Purchase | 12/13/2017 | $ 33.69 | 200 | $ 6,738.00 |
| Purchase | 12/13/2017 | $ 33.69 | 800 | $ 26,952.00 |
| Purchase | 12/14/2017 | $ 33.40 | 100 | $ 3,340.00 |
| Purchase | 12/14/2017 | $ 33.40 | 100 | $ 3,340.00 |
| Purchase | 12/14/2017 | $ 33.40 | 100 | $ 3,340.00 |
| Purchase | 12/14/2017 | $ 33.40 | 500 | $ 16,700.00 |
| Purchase | 12/14/2017 | $ 33.40 | 100 | $ 3,340.00 |
| Purchase | 12/14/2017 | $ 33.43 | 250 | $ 8,357.50 |
| Purchase | 12/14/2017 | $ 33.40 | 200 | $ 6,680.00 |
| Purchase | 9/21/2018 | $ 19.70 | 900 | $ 17,730.00 |
| Sale | 11/5/2018 | $ 10.99 | 5,000 | $ 54,929.14 |
| Purchase | 11/7/2018 | $ 12.44 | 4,600 | $ 57,239.82 |
| Purchase | 11/7/2018 | $ 12.95 | 4,000 | $ 51,790.72 |
| Purchase | 11/7/2018 | $ 12.68 | 240 | $ 3,043.20 |
| Sale | 11/7/2018 | $ 12.45 | 4,600 | $ 57,270.00 |
| Sale | 11/8/2018 | $ 12.93 | 4,240 | $ 54,823.20 |
| Purchase | 11/27/2018 | $ 10.84 | 750 | $ 8,129.92 |

**Transactions in Adamas Pharmaceuticals, Inc. Common Stock (CUSIP: 00548A106)**

| Transaction | Trade Date | Price | Shares | Total |
|---|---|---|---|---|
| Sale | 11/27/2018 | $ 10.64 | 750 | $ 7,980.08 |
| Purchase | 11/28/2018 | $ 10.19 | 750 | $ 7,639.50 |
| Sale | 11/28/2018 | $ 9.75 | 750 | $ 7,312.58 |
| Purchase | 11/30/2018 | $ 9.94 | 1,000 | $ 9,940.00 |
| Purchase | 11/30/2018 | $ 9.92 | 1,000 | $ 9,920.00 |
| Purchase | 11/30/2018 | $ 9.93 | 1,000 | $ 9,930.00 |
| Purchase | 11/30/2018 | $ 10.03 | 404 | $ 4,052.12 |
| Purchase | 12/3/2018 | $ 10.43 | 2,000 | $ 20,860.00 |
| Sale | 12/4/2018 | $ 10.59 | 5,000 | $ 52,965.00 |
| Purchase | 12/6/2018 | $ 9.44 | 605 | $ 5,711.20 |
| Purchase | 12/6/2018 | $ 9.44 | 604 | $ 5,701.76 |
| Sale | 12/6/2018 | $ 9.69 | 404 | $ 3,914.76 |
| Purchase | 12/7/2018 | $ 10.12 | 2,600 | $ 26,324.00 |
| Sale | 12/7/2018 | $ 9.85 | 3,809 | $ 37,522.65 |
| Purchase | 12/12/2018 | $ 9.69 | 100 | $ 969.00 |
| Purchase | 12/13/2018 | $ 9.65 | 1,000 | $ 9,650.00 |
| Purchase | 12/19/2018 | $ 8.29 | 2,000 | $ 16,580.00 |
| Sale | 12/20/2018 | $ 7.53 | 3,100 | $ 23,347.00 |
| Purchase | 4/3/2019 | $ 6.85 | 7,250 | $ 49,662.50 |
| Sale | 4/18/2019 | $ 6.25 | 7,250 | $ 45,323.54 |
| Purchase | 5/21/2019 | $ 5.44 | 8,000 | $ 43,520.00 |
| Purchase | 9/20/2019 | $ 6.87 | 900 | $ 6,183.00 |