**Ali Zaidi**

| | | | | | |
|---|---|---|---|---|---|
| **Adamas Pharmaceuticals, Inc. Common Stock (CUSIP: 00548A106)** | **Class Period Begins:** | 8/8/2017 | **PSLRA Lookback Period Begins:** | 9/30/2019 |
| **Last-In First-Out ("LIFO") Share Accounting Gain (Loss) Analysis** | **Class Period Ends:** | 9/30/2019 | **PSLRA Lookback Period Ends:** | 11/12/2019 |
| | | | **Days in PSLRA Lookback Period:** | 44 |
| | | | **PSLRA Holding Value @ 11/12/2019:** | $ 4.2223 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | PSLRA Total Proceeds | Shares Retained | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Ali Zaidi**

**Pre-Class Period Holdings** 0

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Pre-Class Period Holdings** | | | 0 | | | | | 0 $ | - | 0 | |

**Class Period Purchases**

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 08/17/2017 | $ 14.460 | 600 | $ 8,675.94 | Sale | 10/27/2017 | $ 18.420 | 600 | $ 11,052.06 | 0 | $ 2,376.12 |
| Purchase | 08/17/2017 | $ 14.460 | 100 | $ 1,445.99 | Sale | 10/27/2017 | $ 18.710 | 100 | $ 1,871.00 | 0 | $ 425.01 |
| Purchase | 08/17/2017 | $ 14.460 | 50 | $ 723.00 | Sale | 10/27/2017 | $ 18.710 | 50 | $ 935.50 | 0 | $ 212.51 |
| Purchase | 08/18/2017 | $ 14.600 | 100 | $ 1,460.00 | Sale | 10/27/2017 | $ 18.710 | 100 | $ 1,871.00 | 0 | $ 411.00 |
| Purchase | 08/18/2017 | $ 14.600 | 100 | $ 1,460.00 | Sale | 10/27/2017 | $ 18.710 | 100 | $ 1,871.00 | 0 | $ 411.00 |
| Purchase | 08/18/2017 | $ 14.600 | 100 | $ 1,460.00 | Sale | 10/27/2017 | $ 18.710 | 100 | $ 1,871.00 | 0 | $ 411.00 |
| Purchase | 08/18/2017 | $ 14.600 | 100 | $ 1,460.00 | Sale | 10/27/2017 | $ 18.710 | 100 | $ 1,871.00 | 0 | $ 411.00 |
| Purchase | 08/18/2017 | $ 14.600 | 100 | $ 1,460.00 | Sale | 10/27/2017 | $ 18.710 | 100 | $ 1,871.00 | 0 | $ 411.00 |
| Purchase | 08/18/2017 | $ 14.600 | 100 | $ 1,460.00 | Sale | 10/27/2017 | $ 18.710 | 100 | $ 1,871.00 | 0 | $ 411.00 |
| Purchase | 08/18/2017 | $ 14.600 | 100 | $ 1,460.00 | Sale | 10/27/2017 | $ 18.710 | 100 | $ 1,871.00 | 0 | $ 411.00 |
| Purchase | 08/18/2017 | $ 14.590 | 100 | $ 1,459.00 | Sale | 10/27/2017 | $ 18.710 | 100 | $ 1,871.00 | 0 | $ 412.00 |
| Purchase | 08/18/2017 | $ 14.590 | 650 | $ 9,483.50 | Sale | 10/27/2017 | $ 18.710 | 650 | $ 12,161.50 | 0 | $ 2,678.00 |
| Purchase | 08/18/2017 | $ 14.590 | 150 | $ 2,188.50 | Sale | 10/27/2017 | $ 18.420 | 150 | $ 2,763.02 | 0 | $ 574.52 |
| Purchase | 08/18/2017 | $ 14.590 | 200 | $ 2,918.00 | Sale | 10/27/2017 | $ 18.710 | 200 | $ 3,742.00 | 0 | $ 824.00 |
| Purchase | 08/18/2017 | $ 14.600 | 100 | $ 1,460.00 | Sale | 10/27/2017 | $ 18.710 | 100 | $ 1,871.00 | 0 | $ 411.00 |
| Purchase | 08/18/2017 | $ 14.600 | 100 | $ 1,460.00 | Sale | 10/27/2017 | $ 18.710 | 100 | $ 1,871.00 | 0 | $ 411.00 |
| Purchase | 08/18/2017 | $ 14.590 | 100 | $ 1,459.00 | Sale | 10/27/2017 | $ 18.710 | 100 | $ 1,871.00 | 0 | $ 412.00 |
| Purchase | 08/18/2017 | $ 14.590 | 100 | $ 1,459.00 | Sale | 10/27/2017 | $ 18.710 | 100 | $ 1,871.00 | 0 | $ 412.00 |
| Purchase | 08/23/2017 | $ 14.920 | 400 | $ 5,968.00 | Sale | 10/27/2017 | $ 18.710 | 400 | $ 7,484.00 | 0 | $ 1,516.00 |
| Purchase | 11/01/2017 | $ 26.660 | 1,250 | $ 33,324.93 | Sale | 11/05/2018 | $ 10.986 | 1,250 | $ 13,732.29 | 0 | $ (19,592.64) |
| Purchase | 11/02/2017 | $ 26.800 | 1,490 | $ 39,932.00 | Sale | 12/01/2017 | $ 33.670 | 1,490 | $ 50,168.30 | 0 | $ 10,236.30 |
| Purchase | 11/02/2017 | $ 26.800 | 260 | $ 6,968.00 | Sale | 12/01/2017 | $ 33.670 | 260 | $ 8,754.20 | 0 | $ 1,786.20 |
| Purchase | 11/02/2017 | $ 26.800 | 100 | $ 2,680.00 | Sale | 12/01/2017 | $ 33.710 | 100 | $ 3,371.00 | 0 | $ 691.00 |
| Purchase | 11/02/2017 | $ 26.800 | 100 | $ 2,680.00 | Sale | 12/01/2017 | $ 33.670 | 100 | $ 3,367.00 | 0 | $ 687.00 |
| Purchase | 11/02/2017 | $ 26.800 | 400 | $ 10,720.00 | Sale | 11/05/2018 | $ 10.986 | 400 | $ 4,394.33 | 0 | $ (6,325.67) |
| Purchase | 12/01/2017 | $ 36.378 | 229 | $ 8,330.45 | Sale | 12/01/2017 | $ 33.670 | 229 | $ 7,710.43 | 0 | $ (620.02) |
| Purchase | 12/01/2017 | $ 36.378 | 171 | $ 6,220.55 | Sale | 12/01/2017 | $ 33.670 | 171 | $ 5,757.57 | 0 | $ (462.98) |
| Purchase | 12/04/2017 | $ 36.870 | 100 | $ 3,687.00 | Sale | 11/05/2018 | $ 10.986 | 100 | $ 1,098.58 | 0 | $ (2,588.42) |
| Purchase | 12/14/2017 | $ 33.690 | 200 | $ 6,738.00 | Sale | 11/05/2018 | $ 10.986 | 200 | $ 2,197.17 | 0 | $ (4,540.83) |
| Purchase | 12/14/2017 | $ 33.690 | 800 | $ 26,952.00 | Sale | 11/05/2018 | $ 10.986 | 800 | $ 8,788.66 | 0 | $ (18,163.34) |
| Purchase | 12/15/2017 | $ 33.400 | 100 | $ 3,340.00 | Sale | 11/05/2018 | $ 10.986 | 100 | $ 1,098.58 | 0 | $ (2,241.42) |
| Purchase | 12/15/2017 | $ 33.400 | 100 | $ 3,340.00 | Sale | 11/05/2018 | $ 10.986 | 100 | $ 1,098.58 | 0 | $ (2,241.42) |
| Purchase | 12/15/2017 | $ 33.400 | 100 | $ 3,340.00 | Sale | 11/05/2018 | $ 10.986 | 100 | $ 1,098.58 | 0 | $ (2,241.42) |
| Purchase | 12/15/2017 | $ 33.400 | 500 | $ 16,700.00 | Sale | 11/05/2018 | $ 10.986 | 500 | $ 5,492.91 | 0 | $ (11,207.09) |

**Ali Zaidi**
**Adamas Pharmaceuticals, Inc. Common Stock (CUSIP: 00548A106)**
**Last-In First-Out ("LIFO") Share Accounting Gain (Loss) Analysis**

| Class Period Begins: | 8/8/2017 |
|---|---|
| Class Period Ends: | 9/30/2019 |

| PSLRA Lookback Period Begins: | 9/30/2019 |
|---|---|
| PSLRA Lookback Period Ends: | 11/12/2019 |
| Days in PSLRA Lookback Period: | 44 |
| PSLRA Holding Value @ 11/12/2019: | $ 4.2223 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | PSLRA Total Proceeds | Shares Retained | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 12/15/2017 | $ 33.400 | 100 | $ 3,340.00 | Sale | 11/05/2018 | $ 10.986 | 100 | $ 1,098.58 | 0 | $ (2,241.42) |
| Purchase | 12/15/2017 | $ 33.430 | 250 | $ 8,357.50 | Sale | 11/05/2018 | $ 10.986 | 250 | $ 2,746.46 | 0 | $ (5,611.04) |
| Purchase | 12/15/2017 | $ 33.400 | 200 | $ 6,680.00 | Sale | 11/05/2018 | $ 10.986 | 200 | $ 2,197.17 | 0 | $ (4,482.83) |
| Purchase | 09/21/2018 | $ 19.700 | 900 | $ 17,730.00 | Sale | 11/05/2018 | $ 10.986 | 900 | $ 9,887.25 | 0 | $ (7,842.75) |
| Purchase | 11/07/2018 | $ 12.443 | 4,600 | $ 57,239.82 | Sale | 11/07/2018 | $ 12.450 | 4,600 | $ 57,270.00 | 0 | $ 30.18 |
| Purchase | 11/07/2018 | $ 12.948 | 4,000 | $ 51,790.72 | Sale | 11/08/2018 | $ 12.930 | 4,000 | $ 51,720.00 | 0 | $ (70.72) |
| Purchase | 11/07/2018 | $ 12.680 | 240 | $ 3,043.20 | Sale | 11/08/2018 | $ 12.930 | 240 | $ 3,103.20 | 0 | $ 60.00 |
| Purchase | 11/27/2018 | $ 10.840 | 750 | $ 8,129.92 | Sale | 11/27/2018 | $ 10.640 | 750 | $ 7,980.08 | 0 | $ (149.84) |
| Purchase | 11/28/2018 | $ 10.186 | 750 | $ 7,639.50 | Sale | 11/28/2018 | $ 9.750 | 750 | $ 7,312.58 | 0 | $ (326.92) |
| Purchase | 11/30/2018 | $ 9.940 | 1,000 | $ 9,940.00 | Sale | 12/04/2018 | $ 10.593 | 1,000 | $ 10,593.00 | 0 | $ 653.00 |
| Purchase | 11/30/2018 | $ 9.920 | 1,000 | $ 9,920.00 | Sale | 12/04/2018 | $ 10.593 | 1,000 | $ 10,593.00 | 0 | $ 673.00 |
| Purchase | 11/30/2018 | $ 9.930 | 596 | $ 5,918.28 | Sale | 12/04/2018 | $ 10.593 | 596 | $ 6,313.43 | 0 | $ 395.15 |
| Purchase | 11/30/2018 | $ 9.930 | 404 | $ 4,011.72 | Sale | 12/07/2018 | $ 9.851 | 404 | $ 3,979.82 | 0 | $ (31.90) |
| Purchase | 11/30/2018 | $ 10.030 | 404 | $ 4,052.12 | Sale | 12/04/2018 | $ 10.593 | 404 | $ 4,279.57 | 0 | $ 227.45 |
| Purchase | 12/03/2018 | $ 10.430 | 2,000 | $ 20,860.00 | Sale | 12/04/2018 | $ 10.593 | 2,000 | $ 21,186.00 | 0 | $ 326.00 |
| Purchase | 12/06/2018 | $ 9.440 | 404 | $ 3,813.76 | Sale | 12/06/2018 | $ 9.690 | 404 | $ 3,914.76 | 0 | $ 101.00 |
| Purchase | 12/06/2018 | $ 9.440 | 201 | $ 1,897.44 | Sale | 12/07/2018 | $ 9.851 | 201 | $ 1,980.06 | 0 | $ 82.62 |
| Purchase | 12/06/2018 | $ 9.440 | 604 | $ 5,701.76 | Sale | 12/07/2018 | $ 9.851 | 604 | $ 5,950.03 | 0 | $ 248.27 |
| Purchase | 12/07/2018 | $ 10.125 | 2,600 | $ 26,324.00 | Sale | 12/07/2018 | $ 9.851 | 2,600 | $ 25,612.73 | 0 | $ (711.27) |
| Purchase | 12/12/2018 | $ 9.690 | 100 | $ 969.00 | Sale | 12/20/2018 | $ 7.531 | 100 | $ 753.13 | 0 | $ (215.87) |
| Purchase | 12/13/2018 | $ 9.650 | 1,000 | $ 9,650.00 | Sale | 12/20/2018 | $ 7.531 | 1,000 | $ 7,531.29 | 0 | $ (2,118.71) |
| Purchase | 12/19/2018 | $ 8.290 | 2,000 | $ 16,580.00 | Sale | 12/20/2018 | $ 7.531 | 2,000 | $ 15,062.58 | 0 | $ (1,517.42) |
| Purchase | 04/03/2019 | $ 6.850 | 7,250 | $ 49,662.50 | Sale | 04/18/2019 | $ 6.252 | 7,250 | $ 45,323.54 | 0 | $ (4,338.96) |
| Purchase | 05/21/2019 | $ 5.440 | 8,000 | $ 43,520.00 | | | | | | 8,000 | $ (9,741.25) |
| Purchase | 09/20/2019 | $ 6.870 | 900 | $ 6,183.00 | | | | | | 900 | $ (2,382.89) |
| **Total Class Period Purchases** | | | **49,703** | **$ 609,747.09** | | | | **40,803** | **$ 490,719.53** | **8,900** | **$ (81,448.71)** |