Case 4:19-cv-08051-JSW    Document 20-3    Filed 02/10/20    Page 1 of 3

← Back to Newsroom (/newsroom)

### Franklin D. Azar and Associates P.C.

Company Profile on Investor Network (/social_visits.ashx?
articleid=569824&networkid=inv&link=https://www.investornetwork.com/company/C-
039AC404C1B48)

Companies Mentioned:

Primary Exchange: NASDAQ
Under the Symbol: ADMS

# $5.14

## ⌃ $0.04

## 0.78%

# Franklin D. Azar & Associates, P.C. Announces the Filing of a Securities Class Action on Behalf of Adamas Pharmaceuticals, Inc. Investors (ADMS)

*Tuesday, December 10, 2019 10:50 PM*

DENVER, CO / ACCESSWIRE / December 10, 2019 / Franklin D. Azar & Associates, P.C. ("FDA") and Thornton Law Firm LLP ("Thornton") announced today (https://pr.report/kg5VrEMJ) that they have filed a securities class action lawsuit on behalf of Plaintiff Ali Zaidi against Adamas Pharmaceuticals, Inc., Gregory T. Went, and Alfred G. Merriweather (collectively, "Adamas", "the Company" or "Defendants"). The class action, filed in the United States District Court for the Northern District of California, and docketed under Case No. 4:19-cv-08051, is on behalf of a class consisting of investors who purchased or otherwise acquired Adamas securities between August 8, 2017 and September 30, 2019, both dates inclusive (the "Class Period"). Plaintiff seeks to recover compensable damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder.

Adamas is a commercial stage pharmaceutical company that specializes in developing drug treatment therapies for chronic neurologic disorders. Adamas's primary product is GOCOVRI, an extended-release formulation of amantadine (formerly referred to as ADS-5102), which has been

Case 4:19-cv-08051-JSW   Document 20-3   Filed 02/10/20   Page 2 of 3

approved by the U.S. Food and Drug Administration for the treatment of levodopa-induced dyskinesia.

The Complaint alleges that throughout the Class Period, Defendants made materially false and misleading statements, and failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, it is alleged that Defendants made materially false and misleading statements about: (1) managed care's acceptance of GOCOVRI; (2) the breadth of insurer coverage for GOCOVRI prescriptions; and (3) the impact of the Company's commercialization efforts. In addition, it is alleged that Defendants failed to disclose: (1) that health insurers were excluding GOCOVRI from their prescription formularies or requiring patients to use "step therapy" - i.e., making patients try immediate-release amantadine prior to covering GOCOVRI; (2) that the rapid increase in physicians prescribing GOCOVRI during the Class Period was not due to its efficacy; and (3) that, as a result of the foregoing, the Company's financial statements and Defendants' statements about Adamas's business, operations, and prospects, were materially false and misleading at all relevant times.

After the market closed on March 4, 2019, during Adamas's Q4 2018 conference call with investors, Adamas walked back its previous prescription growth estimates for GOCOVRI, warned of a continued slow-down in GOCOVRI prescriptions, and refused to make further predictions about GOCOVRI's ability to achieve a sizeable market share. On this news, Adamas's stock fell $3.99 per share, or 32.84%, to close at $8.16 per share on March 5, 2019.

On September 30, 2019, Bank of America/Merrill Lynch analyst Tazeen Ahmad lowered its rating for Adamas shares to "Underperform" noting "existing overhangs for ADMS: (1) Gocovri coverage: a number of national formularies exclude Gocovri. We expect reimbursement hurdles in MSWI space especially with generic Ampyra launch." On this news, Adamas shares fell a further 42.83% from $7.05 per share on September 26 to $4.03 by October 3, 2019.

If you purchased or acquired Adamas securities during the Class Period, you are a member of the "Class" and may be able to seek appointment as Lead Plaintiff. Lead Plaintiff motion papers must be filed with the U.S. District Court for the Northern District of California no later than February 8, 2020. The Lead Plaintiff is a court-appointed representative for absent members of the Class. You do not need to seek appointment as Lead Plaintiff to share in any Class recovery in this action. If you are a Class member and there is a recovery for the Class, you can share in that recovery as an absent Class member. You may retain counsel of your choice to represent you in this action.

If you would like to discuss this Action in more depth, or have any questions concerning this notice, your rights, or your interests, please contact Ivy Ngo at 303.757.3300 or by email at ngoi@FDAzar.com. More information about FDA and Thornton may be found online at https://www.fdazar.com/practice-area/adamas-pharmaceuticals-class-action/ (https://pr.report/TC2F53NM).

**SOURCE:** Franklin D. Azar & Associates P.C.

---

Subscribe (/social_visits.ashx?
articleid=569824&networkid=inv&link=https://www.investornetwork.com/company/C-
039AC404C1B48) to alerts from Investor Network

SHARE ARTICLE



ABOUT US              PRODUCTS                        CONNECT WITH US

1/31/2020     Franklin D. Azar & Associates, P.C. Announces the Filing of a Securities Class Action on Behalf of Adamas Pharmaceuticals, Inc. Investo…

Case 4:19-cv-08051-JSW   Document 20-3   Filed 02/10/20   Page 3 of 3

NEWSROOM      BECOME A CLIENT

(https://www.linkedin.com/company-

(https://twitter.com/Accesswire)(https://www.facebook.com/Accesswire/)(https://www.instagram.com/

pathWildcard=966956)

## SALES       EDITORIAL

Toll Free: 888.952.4446 Opt 2     Toll Free: 888.952.4446 Opt 1

sales@accesswire.com     cs@accesswire.com

(mailto:sales@accesswire.com)     (mailto:cs@accesswire.com)

Copyright 2020 © ACCESSWIRE. All rights reserved. Privacy Policy (/privacy-policy) | Terms and Conditions (/terms)