Pursuant to 28 U.S.C. § 1746, I, Syed Ali M. Zaidi, declare as follows:

1. I am a resident of the State of Maryland, am an adult over the age of 18, and am of sound mind. I have personal knowledge about the information in this Declaration.

2. As set forth in my Certification, I purchased Adamas Pharmaceuticals, Inc. securities during the Class Period currently pled in a Complaint against Adamas.

3. I have reviewed the complaint and discussed the lawsuit with my attorneys. I believe that this securities class action is an important matter alleging serious misconduct that caused substantial losses to investors and raised serious corporate governance concerns.

4. I am strongly motivated to recover the significant losses incurred as a result of defendants' alleged violations of the federal securities laws. My primary goal in seeking appointment as lead plaintiff is to ensure that this litigation is supervised by Adamas shareholders and efficiently litigated by well-qualified counsel, in order to achieve the best possible recovery for all class members from all potentially culpable parties.

5. I understand that as a lead plaintiff or a class representative, I have an ongoing fiduciary obligation to the entire class of Adamas shareholders this lawsuit seeks to recover for. I also understand that it is my duty to monitor and oversee the lawyers in this matter.

6. I am aware of and have been advised of the experience, resources, and track record of success of my counsel and believe that they will vigorously prosecute this litigation on behalf of the proposed class.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

DATE: _____11/29/2019_____

DocuSigned by:

_Ali Zaidi_
931D0C494D8840E...

Syed Ali M. Zaidi