**LEVI & KORSINSKY, LLP**
Adam C. McCall (SBN 302130)
Adam M. Apton (SBN 316506)
388 Market Street, Suite 1300
San Francisco, CA 94111
Tel: (415) 373-1671
Email: amccall@zlk.com
Email: aapton@zlk.com

*Attorneys for Movant Matthew Shanks*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI ZAIDI, Individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>ADAMAS PHARMACEUTICALS, INC., GREGORY T. WENT, AND ALFRED G. MERRIWEATHER,<br><br>Defendants. | No. 4:19-cv-08051-JSW<br><br>Hon. Jeffrey S. White<br><br>**DECLARATION OF ADAM C. MCCALL IN SUPPORT OF MATTHEW SHANKS'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**<br><br>Date: March 27, 2020<br>Time: 9:00 a.m.<br>Courtroom: 5-2nd Floor |

I, Adam C. McCall, hereby declare as follows:

1. I am an associate at the law firm of Levi & Korsinsky, LLP, counsel for Matthew Shanks ("Movant"), and a member in good standing for the bar of the State of California. I respectfully submit this declaration in support of Movant's Motion Appointment as Lead Plaintiff and Approval of Lead Counsel.

2. Attached hereto as Exhibit A is a true and correct copy of the PSLRA Certification signed by Movant attesting to his purchases of Adamas Pharmaceuticals, Inc. ("Adamas" or the "Company") securities;

3. Attached hereto as Exhibit B is a true and correct copy of the loss chart.

4. Attached hereto as Exhibit C is a true and correct copy of the press release originally published on December 10, 2019, on *Accesswire* announcing the pendency of the first-filed

MCCALL DECLARATION IN SUPPORT OF MATTHEW SHANKS'S MOTION APPOINTMENT AS LEAD
PLAINTIFF AND APPROVAL OF LEAD COUNSEL
No. 4:19-cv-08051-JSW
1

securities lawsuit.

5. Attached hereto as Exhibit D is a true and correct copy of the firm resume of Levi & Korsinsky, LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 10th day of February, 2020.

/s/ *Adam C. McCall*
Adam C. McCall