Robert V. Prongay (#270796)
Charles H. Linehan (#307439)
Pavithra Rajesh (#323055)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:   (310) 201-9150
Facsimile:   (310) 201-9160
Email:       clinehan@glancylaw.com

*Counsel for Movant and Proposed Lead Counsel*
*for the Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ALI ZAIDI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ADAMAS PHARMACEUTICALS, INC., GREGORY T. WENT, and ALFRED G. MERRIWEATHER,<br><br>Defendants. | Case No. 4:19-cv-08051-JSW<br><br>**DECLARATION OF CHARLES H. LINEHAN IN SUPPORT OF MOTION OF RALPH MARTINEZ FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** |

DECLARATION OF CHARLES H. LINEHAN
Case No. 4:19-cv-08051-JSW

I, Charles H. Linehan, declare as follows:

1.      I am an attorney with the law firm of Glancy Prongay & Murray LLP, counsel for lead plaintiff movant Ralph Martinez ("Movant") and proposed lead counsel for the class in the above-captioned action.  I make this declaration in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following exhibits:

Exhibit A:      Notice published in *Access Wire* on December 10, 2019, announcing   the pendency of the securities class action against defendants herein;

Exhibit B:      Signed PSLRA Certification of Movant;

Exhibit C:      Table of Movant's calculated losses, as a result of transactions in Adamas Pharmaceuticals, Inc. securities; and

Exhibit D:      Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 10th day of February 2020, at Los Angeles, California.

*s/ Charles H. Linehan*
Charles H. Linehan

DECLARATION OF CHARLES H. LINEHAN
Case No. 4:19-cv-08051-JSW                                                                                    1

## PROOF OF SERVICE BY ELECTRONIC POSTING

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.  On February 10, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 10, 2020 at Los Angeles, California.

_s/ Charles H. Linehan_
Charles H. Linehan