# EXHIBIT C

Loss Chart

**Company Name:** Adamas Pharmaceuticals, Inc.
**Ticker:** ADMS
**Class Period:** 08/08/2017 - 09/30/2019

**Name:** Ralph Martinez

**Account 1**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 8/25/2017 | 100 | $20.44 | -$2,044.0000 | | $0.0000 | -$2,044.00 |
| 11/30/2017 | 100 | $35.83 | -$3,583.0000 | | $0.0000 | -$3,583.00 |
| 12/11/2017 | -200 | | $0.0000 | $35.25 | $7,050.0000 | $7,050.00 |
| 12/14/2017 | 200 | $33.25 | -$6,650.0000 | | $0.0000 | -$6,650.00 |
| 12/15/2017 | 100 | $32.21 | -$3,221.0000 | | $0.0000 | -$3,221.00 |
| 12/22/2017 | -300 | | $0.0000 | $35.25 | $10,575.0000 | $10,575.00 |
| 1/4/2018 | 500 | $33.90 | -$16,950.0000 | | $0.0000 | -$16,950.00 |
| 1/5/2018 | 200 | $33.13 | -$6,626.0000 | | $0.0000 | -$6,626.00 |
| 1/8/2018 | 200 | $31.78 | -$6,356.0000 | | $0.0000 | -$6,356.00 |
| 1/8/2018 | 200 | $32.73 | -$6,546.0000 | | $0.0000 | -$6,546.00 |
| 1/11/2018 | -1,100 | | $0.0000 | $34.75 | $38,225.0000 | $38,225.00 |
| 1/24/2018 | 500 | $39.86 | -$19,930.0000 | | $0.0000 | -$19,930.00 |
| 1/24/2018 | 250 | $39.15 | -$9,787.5000 | | $0.0000 | -$9,787.50 |
| 1/24/2018 | 250 | $39.31 | -$9,827.5000 | | $0.0000 | -$9,827.50 |
| 1/24/2018 | 250 | $38.96 | -$9,740.0000 | | $0.0000 | -$9,740.00 |
| 1/25/2018 | -1,250 | | $0.0000 | $41.33 | $51,662.5000 | $51,662.50 |
| 1/29/2018 | 500 | $40.50 | -$20,250.0000 | | $0.0000 | -$20,250.00 |
| 1/29/2018 | 250 | $40.00 | -$10,000.0000 | | $0.0000 | -$10,000.00 |
| 1/29/2018 | 250 | $39.75 | -$9,937.5000 | | $0.0000 | -$9,937.50 |
| 1/29/2018 | 250 | $39.50 | -$9,875.0000 | | $0.0000 | -$9,875.00 |
| 1/30/2018 | 250 | $38.83 | -$9,707.5000 | | $0.0000 | -$9,707.50 |
| 1/31/2018 | 500 | $38.50 | -$19,250.0000 | | $0.0000 | -$19,250.00 |
| 1/31/2018 | 250 | $38.44 | -$9,610.0000 | | $0.0000 | -$9,610.00 |
| 1/31/2018 | 250 | $38.30 | -$9,575.0000 | | $0.0000 | -$9,575.00 |
| 1/31/2018 | 250 | $38.00 | -$9,500.0000 | | $0.0000 | -$9,500.00 |
| 1/31/2018 | 250 | $37.00 | -$9,250.0000 | | $0.0000 | -$9,250.00 |
| 2/2/2018 | 500 | $36.50 | -$18,250.0000 | | $0.0000 | -$18,250.00 |
| 2/2/2018 | 500 | $36.59 | -$18,295.0000 | | $0.0000 | -$18,295.00 |
| 2/2/2018 | 250 | $36.09 | -$9,022.5000 | | $0.0000 | -$9,022.50 |
| 2/2/2018 | 250 | $36.05 | -$9,012.5000 | | $0.0000 | -$9,012.50 |
| 2/5/2018 | 250 | $35.62 | -$8,905.0000 | | $0.0000 | -$8,905.00 |
| 2/5/2018 | 250 | $35.25 | -$8,812.5000 | | $0.0000 | -$8,812.50 |
| 2/5/2018 | 100 | $35.39 | -$3,539.0000 | | $0.0000 | -$3,539.00 |
| 2/5/2018 | 100 | $35.19 | -$3,519.0000 | | $0.0000 | -$3,519.00 |
| 2/5/2018 | 100 | $34.32 | -$3,432.0000 | | $0.0000 | -$3,432.00 |
| 2/5/2018 | 500 | $34.90 | -$17,450.0000 | | $0.0000 | -$17,450.00 |
| 3/19/2018 | 500 | $25.79 | -$12,895.0000 | | $0.0000 | -$12,895.00 |
| 3/22/2018 | 500 | $25.16 | -$12,580.0000 | | $0.0000 | -$12,580.00 |
| 6/15/2018 | 500 | $26.70 | -$13,350.0000 | | $0.0000 | -$13,350.00 |
| 6/15/2018 | 500 | $26.50 | -$13,250.0000 | | $0.0000 | -$13,250.00 |
| 6/18/2018 | 1,000 | $26.00 | -$26,000.0000 | | $0.0000 | -$26,000.00 |
| 6/19/2018 | 250 | $25.15 | -$6,287.5000 | | $0.0000 | -$6,287.50 |
| 6/29/2018 | -400 | | $0.0000 | $25.78 | $10,312.0000 | $10,312.00 |
| 6/29/2018 | -600 | | $0.0000 | $25.78 | $15,468.0000 | $15,468.00 |
| 6/29/2018 | -1,000 | | $0.0000 | $25.77 | $25,770.0000 | $25,770.00 |
| 7/30/2018 | 500 | $23.97 | -$11,985.0000 | | $0.0000 | -$11,985.00 |
| 7/30/2018 | 450 | $23.99 | -$10,795.5000 | | $0.0000 | -$10,795.50 |
| 7/30/2018 | 450 | $23.96 | -$10,782.0000 | | $0.0000 | -$10,782.00 |
| 7/30/2018 | 100 | $23.94 | -$2,394.0000 | | $0.0000 | -$2,394.00 |
| 8/13/2018 | 1,000 | $22.49 | -$22,490.0000 | | $0.0000 | -$22,490.00 |

| **Shares Retained:** | **9,550** | | | | **Subtotal:** | **-$302,200.00** |
|---|---|---|---|---|---|---|
| | | **90-Day Average Price** | **Shares Retained** | | **90-Day Average:** | $46,037.16 |
| | | $4.8206 | 9,550 | | **Account 1 Loss:** | **-$256,162.84** |

## Loss Chart

**Account 2**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 1/29/2018 | 250 | $40.25 | -$10,062.5000 | | $0.0000 | -$10,062.50 |
| 2/2/2018 | 250 | $36.04 | -$9,010.0000 | | $0.0000 | -$9,010.00 |
| 2/5/2018 | 75 | $34.87 | -$2,615.2500 | | $0.0000 | -$2,615.25 |
| 6/4/2018 | 300 | $27.81 | -$8,343.0000 | | $0.0000 | -$8,343.00 |
| 6/4/2018 | 100 | $27.81 | -$2,781.0000 | | $0.0000 | -$2,781.00 |
| 6/29/2018 | -975 | | $0.0000 | $25.73 | $25,086.7500 | $25,086.75 |
| 7/30/2018 | 150 | $24.07 | -$3,610.5000 | | $0.0000 | -$3,610.50 |
| 7/30/2018 | 350 | $24.05 | -$8,417.5000 | | $0.0000 | -$8,417.50 |
| 8/13/2018 | 500 | $22.57 | -$11,285.0000 | | $0.0000 | -$11,285.00 |
| 8/15/2018 | 250 | $22.59 | -$5,647.5000 | | $0.0000 | -$5,647.50 |
| 8/15/2018 | 250 | $22.00 | -$5,500.0000 | | $0.0000 | -$5,500.00 |
| 8/20/2018 | 250 | $22.00 | -$5,500.0000 | | $0.0000 | -$5,500.00 |
| 8/20/2018 | 250 | $21.50 | -$5,375.0000 | | $0.0000 | -$5,375.00 |
| 9/17/2018 | 250 | $21.00 | -$5,250.0000 | | $0.0000 | -$5,250.00 |
| 9/17/2018 | 250 | $20.98 | -$5,245.0000 | | $0.0000 | -$5,245.00 |
| 9/17/2018 | 250 | $20.96 | -$5,240.0000 | | $0.0000 | -$5,240.00 |
| 10/11/2018 | 225 | $17.23 | -$3,876.7500 | | $0.0000 | -$3,876.75 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **2,975** | | | | **Subtotal:** | **-$72,672.25** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $14,341.42 |
| | | | $4.8206 | 2,975 | **Account 2 Loss:** | **-$58,330.83** |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between October 1, 2019 and December 27, 2019.

| | |
|---|---|
| Account 1: | -$256,162.84 |
| Account 2: | -$58,330.83 |
| **Total Loss:** | **-$314,493.67** |