**BRAGAR EAGEL & SQUIRE, P.C.**
Melissa Fortunato (#319767)
Marion C. Passmore (#228474)
101 California Street, Suite 2710
San Francisco, California 94111
Tel.: (415) 365-7149
Email: fortunato@bespc.com
        passmore@bespc.com

*Proposed Liaison Counsel for Miles Healey*
*and the Proposed Class*

(*Additional Counsel on signature page*)

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI ZAIDI, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> vs. <br><br> ADAMAS PHARMACEUTICALS, INC., GREGORY T. WENT, and ALFRED G. MERRIWEATHER, <br><br> Defendants. | Case No.:  4:19-cv-08051-JSW <br><br> **CLASS ACTION** <br><br> **DECLARATION OF MELISSA FORTUNATO IN SUPPORT OF MILES HEALEY'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** <br><br> Judge:  Hon. Jeffrey S. White <br><br> Hearing Date:  March 27, 2020 <br> Time:  9:00 AM <br> Courtroom:  5, 2nd Floor |

DECLARATION OF MELISSA FORTUNATO IN SUPPORT OF MILES HEALEY'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL -4:19-cv-08051-JSW

0

I, MELISSA A. FORTUNATO, hereby declare under the penalty of perjury that:

1. I am a partner with Bragar Eagel & Squire, P.C. I make this Declaration in Support of Miles Healey's Motion for Appointment as Lead Plaintiff and Approval of Counsel. The matters set forth herein are within my personal knowledge.

2. Attached hereto are true and correct copies of the following documents:

Exhibit A: The notice announcing the pendency of this action pursuant to 15 U.S.C. § 78u-4(a)(3)(A)(i);

Exhibit B: Mr. Healey's sworn certification pursuant to 15 U.S.C. § 78u-4(a)(2)(A);

Exhibit C: Mr. Healey's Loss Chart;

Exhibit D: Firm Résumé of Bernstein Liebhard LLP; and

Exhibit E: Firm Résumé of Bragar Eagel & Squire, P.C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 10th day of February 2020.

s/*Melissa A. Fortunato*
Melissa A. Fortunato

DECLARATION OF MELISSA FORTUNATO IN SUPPORT OF MILES HEALEY'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL -4:19-cv-08051-JSW

1