ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
        – and –
TRICIA L. McCORMICK (199239)
JUAN CARLOS SANCHEZ (301834)
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)
triciam@rgrdlaw.com
jsanchez@rgrdlaw.com

[Proposed] Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALI ZAIDI, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No. 4:19-cv-08051-JSW |
|---|---|---|
| Plaintiff, | ) ) ) | CLASS ACTION |
| vs. | ) ) | DECLARATION OF TRICIA L. McCORMICK IN SUPPORT OF MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |
| ADAMAS PHARMACEUTICALS, INC., et al., | ) ) ) ) | |
| Defendants. | ) ) | |
| | ) | DATE:     March 27, 2020 TIME:     9;00 a.m. CTRM:    5, 2nd Floor JUDGE:   Hon. Jeffrey S. White |

4847-1232-7092.v1

I, TRICIA L. McCORMICK, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I am Special Counsel with the law firm Robbins Geller Rudman & Dowd LLP, counsel of record for Anchorage Police and Fire Retirement System (the "Retirement System"), and proposed lead counsel for the class.  I make this declaration in support of the Retirement System's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Notice of pendency of class action published on *Accesswire*, a national business-oriented wire service, on December 10, 2019;

Exhibit B:      The Retirement System's Sworn Certification; and

Exhibit C:      The Retirement System's estimate of losses, prepared by counsel.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 10th day of February, 2020, at San Diego, California.

s/ Tricia L. McCormick
TRICIA L. McCORMICK

DECL OF TRICIA L. MCCORMICK IN SUPPORT OF MOTION FOR APPT OF LEAD PLAINTIFF
AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL - 4:19-cv-08051-JSW        - 1 -
4847-1232-7092.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 10, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Tricia L. McCormick
TRICIA L. McCORMICK

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  triciam@rgrdlaw.com

4847-1232-7092.v1

# Mailing Information for a Case 4:19-cv-08051-JSW Zaidi v. Adamas Pharmaceuticals, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **David Bricker**
  dbricker@tenlaw.com

- **Melissa Ann Fortunato**
  fortunato@bespc.com,ecf@bespc.com

- **Charles Henry Linehan**
  clinehan@glancylaw.com,charles-linehan-8383@ecf.pacerpro.com

- **Adam Christopher McCall**
  amccall@zlk.com

- **Ivy T. Ngo**
  ivy@garner-associates.com

- **Laurence Matthew Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net

- **Brian Jared Schall**
  brian@schallfirm.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)