ROBBINS GELLER RUDMAN
   & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
        – and –
TRICIA L. McCORMICK (199239)
JUAN CARLOS SANCHEZ (301834)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
triciam@rgrdlaw.com
jsanchez@rgrdlaw.com

[Proposed] Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI ZAIDI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ADAMAS PHARMACEUTICALS, INC., et al., <br><br> Defendants. | Case No. 4:19-cv-08051-JSW <br><br> <u>CLASS ACTION</u> <br><br> ANCHORAGE POLICE AND FIRE RETIREMENT SYSTEM'S RESPONSE TO COMPETING LEAD PLAINTIFF MOTIONS <br><br> DATE:  March 27, 2020 <br> TIME:  9:00 a.m. <br> CTRM:  5, 2nd Floor <br> JUDGE:  Hon. Jeffrey S. White |

4845-1878-3157.v1

Six motions were filed by putative class members seeking appointment as lead plaintiff in the above-captioned action. *See* ECF Nos. 14, 19, 24, 28, 32, 42. Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), district courts are to adopt a presumption that the applicant with the largest financial interest in the relief sought by the class that also satisfies the requirements of Fed. R. Civ. P. 23 is the "most adequate plaintiff." 15 U.S.C. §78u 4(a)(3)(B)(iii).

Here, while Anchorage Police and Fire Retirement System (the "Retirement System") suffered significant losses as a result of defendants' alleged wrongdoing and satisfies the Rule 23 requirements at this stage, it recognizes that it did not suffer the largest loss. If the Court determines that the movant with the largest loss does not satisfy the PSLRA's requirements for appointment as lead plaintiff, the Retirement System remains ready, willing, and able to fulfill that role on behalf of the class.

DATED: February 24, 2020

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
TRICIA L. McCORMICK (199239)
JUAN CARLOS SANCHEZ (301834)


    s/ Tricia L. McCormick
    TRICIA L. McCORMICK

655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on February 24, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

 s/ Tricia L. McCormick
TRICIA L. McCORMICK

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  triciam@rgrdlaw.com

4845-1878-3157.v1

# Mailing Information for a Case 4:19-cv-08051-JSW Zaidi v. Adamas Pharmaceuticals, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **David Bricker**
  dbricker@tenlaw.com

- **Melissa Ann Fortunato**
  fortunato@bespc.com,ecf@bespc.com

- **Charles Henry Linehan**
  clinehan@glancylaw.com,charles-linehan-8383@ecf.pacerpro.com

- **Adam Christopher McCall**
  amccall@zlk.com

- **Tricia Lynn McCormick**
  triciam@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Ivy T. Ngo**
  ivy@garner-associates.com

- **Marion Curry Passmore**
  passmore@bespc.com,ecf@bespc.com

- **Laurence Matthew Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net

- **Juan Carlos Sanchez**
  jsanchez@rgrdlaw.com

- **Brian Jared Schall**
  brian@schallfirm.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,ShawnW@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)