Robert V. Prongay (#270796)
Charles H. Linehan (#307439)
Pavithra Rajesh (#323055)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:   (310) 201-9150
Facsimile:   (310) 201-9160
Email:         clinehan@glancylaw.com

*Counsel for Movant Ralph Martinez and*
*Proposed Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ALI ZAIDI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ADAMAS PHARMACEUTICALS, INC., GREGORY T. WENT, and ALFRED G. MERRIWEATHER,<br><br>Defendants. | Case No. 4:19-cv-08051-JSW<br><br>**DECLARATION OF CHARLES H. LINEHAN IN SUPPORT OF RALPH MARTINEZ'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO THE COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**<br><br>Date:       March 27, 2020<br>Time:       9:00 a.m.<br>Crtrm.:     5 – 2nd Floor<br><br>The Hon. Jeffrey S. White |

DECLARATION OF CHARLES H. LINEHAN
Case No. 4:19-cv-08051-JSW

I, Charles H. Linehan, hereby declare as follows:

1.      I am an attorney with the law firm Glancy Prongay & Murray LLP, counsel for lead plaintiff movant Ralph Martinez ("Movant") and proposed lead counsel for the class in the above-captioned action. I make this declaration in support of Movant Ralph Martinez's Memorandum of Points and Authorities In Opposition to the Competing Motions for Appointment as Lead Plaintiff and Approval of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as Exhibit A is a true and correct copy of the Declaration of Ralph Martinez in Support of His Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel, dated February 20, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 24th day of February 2020.

*/s/ Charles H. Linehan*
Charles H. Linehan

DECLARATION OF CHARLES H. LINEHAN
Case No. 4:19-cv-08051-JSW                                                                                  1

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old. On February 24, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 24, 2020, at Los Angeles, California.

*/s/ Charles H. Linehan*
Charles H. Linehan