# EXHIBIT A

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ALI ZAIDI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ADAMAS PHARMACEUTICALS, INC., GREGORY T. WENT, and ALFRED G. MERRIWEATHER,<br><br>Defendants. | Case No. 4:19-cv-08051-JSW<br><br>**DECLARATION OF RALPH MARTINEZ IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL (DKT. NO. 28)** |

DECLARATION OF RALPH MARTINEZ
Case No. 4:19-cv-08051-JSW

I, Ralph Martinez, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I submit this declaration in support of my motion for appointment as lead plaintiff and approval of my selection of Glancy Prongay & Murray LLP ("GPM") as lead counsel in the instant class action on behalf of investors in the securities of Adamas Pharmaceuticals, Inc. ("Adamas" or the "Company") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). I am informed of and understand the requirements and duties imposed by the PSLRA.

2.      I live in Delaware County, Ohio. I have been managing my own portfolio for more than 15 years. I have been an investment advisor since 1982 and manage mutual funds for my clients.

3.      I believe that the securities class action against Adamas is meritorious and should be led by an investor that is committed to maximizing the recovery on behalf of the class. I suffered a substantial loss on my personal investments in Adamas securities. It is for this reason that I decided to seek appointment as lead plaintiff in the action. I understand the responsibilities and duties of being a lead plaintiff, including my fiduciary duty to the class.

4.      I also understand and appreciate a lead plaintiff's obligation under the PSLRA to select lead counsel and to monitor the actions of counsel to ensure the action is prosecuted efficiently. I have fulfilled this responsibility by selecting and retaining lead counsel with a proven history of handling this type of complex litigation. In this case, I selected GPM to serve as lead counsel. Based on the firm's experience in achieving substantial recoveries in securities class action, I believe that GPM is well-qualified to represent the class. Moreover, GPM has been directed to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the class. I will continue to supervise counsel and actively oversee the prosecution of this action for the benefit of the class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed on this 20 day of February 2020.

Ralph Martinez

DECLARATION OF RALPH MARTINEZ
Case No. 4:19-cv-08051-JSW