COOLEY LLP
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
SHANNON M. EAGAN (212830)
(seagan@cooley.com)
TIJANA M. BRIEN (286590)
(tbrien@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304
Telephone:   (650) 843-5000
Facsimile:   (650) 849-7400

Attorneys for Defendants,
ADAMAS PHARMACEUTICALS, INC., WILLIAM ERICSON,
MARTHA J. DEMSKI,  IVAN LIEBERBURG, GREGORY T.
WENT,  MICHAEL F. BIGHAM, DAVID L. MAHONEY,  JOHN
MACPHEE, ALFRED G. MERRIWEATHER, RICHARD A. KING,
and MARDI C. DIER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI ZAIDI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ADAMAS PHARMACEUTICALS, INC., GREGORY T. WENT, ALFRED G. MERRIWEATHER, RICHARD A. KING, RAJIV PATNI, and VIJAY SHREEDHAR<br><br>Defendants. | Case No.: 4:19-cv-08051-JSW<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge: Honorable Jeffrey S. White<br>Date Filed:  December 10, 2019 |
| In re ADAMAS PHARMACEUTICALS, INC. SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. 4:20-cv-01815-RS<br><br>(Consolidated with Case No. 4:20-cv-02320-RS) |

ADMINISTRATIVE MOTION TO RELATE
PURSUANT TO CIVIL L.R. 3-12
4:19-CV-08051-JSW

Defendants Adamas Pharmaceuticals, Inc. ("Adamas" or the "Company"), Gregory T. Went, Alfred G. Merriweather, Richard A. King, Rajiv Patni, Vijay Shreedhar, Michael F. Bigham, Martha J. Demski, Mardi C. Dier, William W. Ericson, Ivan Lieberburg, David L. Mahoney, and John MacPhee (collectively "Defendants") file this Administrative Motion pursuant to Civil Local Rule 3-12 of the United States District Court for the Northern District of California.

The potentially related cases are as follows:

- *In re Adamas Pharmaceuticals, Inc. Shareholder Derivative Litigation*, Lead Case No. 4:20-cv-01815-RS, (the "Consolidated Derivative Action"); and

- *Ali Zaidi v. Adamas Pharmaceuticals, Inc., et al.*, Case No. 4:19-cv-08051 currently pending before the Honorable Jeffrey S. White (the "Class Action").

The Consolidated Derivative Action is a shareholder derivative action asserted purportedly on behalf of Adamas against defendants Gregory T. Went, Alfred G Merriweather, Richard A. King, Michael F. Bigham, Martha J. Demski, Mardi C. Dier, William W. Ericson, Ivan Lieberburg, David L. Mahoney, and John MacPhee (collectively the "Individual Defendants") for alleged breaches of fiduciary duties and other alleged wrongdoing.  The Class Action is a putative class action asserted against Adamas, Gregory T. Went, Alfred G. Merriweather, Richard A. King, Rajiv Patni, and Vijay Shreedhar for alleged violations for the federal securities laws.  The Class Action has been pending before this Court since December 10, 2019.

## LEGAL STANDARD

Civil Local Rule 3-12(a) states that an action is related to another when: (1) they "concern substantially the same parties, property, transaction or event;" and (2) "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."  Civ. L. R. 3-12(a).

## ARGUMENT

The Class Action and the Consolidated Derivative Action meet the definition of a "Related Case" under Local Rules 3-12(a)(1) and (2).  First, the Consolidated Derivative Action and Class Action concern substantially the same parties and address the same transactions and overlapping alleged facts.  Specifically, both actions involve the Defendants' issuance (or alleged approval thereof)

of allegedly false and misleading statements between August 2017 and September 2019 regarding the market and insurance coverage for Adamas' product, GOCOVRI. Each complaint focuses on the same statements made by certain Adamas officers during the same class period.

Given the similarities between Class Action and the Consolidated Derivative Action, treating the cases as related will save time, effort, and expense for all parties and avoid the potential for conflicting rulings on common issues. Accordingly, relation is appropriate here. *In re Leapfrog Enterprises Inc. Sec. Litig.*, No. C 03 05421 RMW, 2005 WL 5327775, at *1 (N.D. Cal. July 5, 2005) (relating cases where the cases concerned the same defendants, similar factual allegations, and similar causes of action).

### CONCLUSION

For the above stated reasons, Defendants[1] respectfully request that pursuant to Civ. L. R. 3-12, the Court relate the Class Action and the Consolidated Derivative Action.

Dated: June 3, 2020      **COOLEY LLP**

By: */s/ Tijana M. Brien*
  Tijana M. Brien (286590)

*Attorneys for Defendants,*
*ADAMAS PHARMACEUTICALS, INC., WILLIAM*
*ERICSON, MARTHA J. DEMSKI, IVAN*
*LIEBERBURG, GREGORY T. WENT, MICHAEL F.*
*BIGHAM, DAVID L. MAHONEY, JOHN*
*MACPHEE, ALFRED G. MERRIWEATHER,*
*RICHARD A. KING, and MARDI C. DIER*

---

[1] Counsel for Defendants have reached out to counsel for co-lead plaintiffs in the Consolidated Derivative Action and counsel for plaintiffs in the Class Action regarding the Motion to Relate and have been informed that plaintiffs in both of the above-captioned actions do not oppose the Motion to Relate.

ADMINISTRATIVE MOTION TO RELATE
PURSUANT TO CIVIL L.R. 3-12
4:19-CV-08051-JSW