COOLEY LLP
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
SHANNON M. EAGAN (212830)
(seagan@cooley.com)
TIJANA M. BRIEN (286590)
(tbrien@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304
Telephone:   (650) 843-5000
Facsimile:    (650) 849-7400

Attorneys for Defendants,
ADAMAS PHARMACEUTICALS, INC.,  WILLIAM ERICSON,
MARTHA J. DEMSKI,  IVAN LIEBERBURG,  GREGORY T.
WENT,  MICHAEL F.  BIGHAM, DAVID L. MAHONEY,  JOHN
MACPHEE,  ALFRED G. MERRIWEATHER,  RICHARD A. KING,
and MARDI C. DIER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI ZAIDI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ADAMAS PHARMACEUTICALS, INC., GREGORY T. WENT, ALFRED G. MERRIWEATHER, RICHARD A. KING, RAJIV PATNI, and VIJAY SHREEDHAR<br><br>Defendants. | Case No.: 4:19-cv-08051-JSW<br><br>**DECLARATION OF TIJANA M. BRIEN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br><br><br>Judge: Honorable Jeffrey S. White<br>Date Filed:  December 10, 2019 |
| In re ADAMAS PHARMACEUTICALS, INC. SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. 4:20-cv-01815-RS<br><br>(Consolidated with Case No. 4:20-cv-02320-RS) |

DECLARATION OF TIJANA M. BRIEN ISO
ADMINISTRATIVE MOTION TO RELATE CASES
4:19-CV-08051-JSW

I, Tijana M. Brien, hereby declares as follows:

1.      I am an attorney with the law firm Cooley LLP, counsel for Defendants Adamas Pharmaceuticals, Inc., Gregory T. Went, Alfred G. Merriweather, Richard A. King, Rajiv Patni, Vijay Shreedhar, Michael F. Bigham, Martha J. Demski, Mardi C. Dier, William W. Ericson, Ivan Lieberburg, David L. Mahoney, and John MacPhee in the above-captioned actions.  I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.

2.      Pursuant to Civil Local Rule 7-11(a), I submit this declaration in support of the Administrative Motion to Consider Whether Cases Should Be Related (the "Administrative Motion").  I have knowledge of the matters stated herein and, should I be called upon, I could and would competently testify thereto.

3.      On May 7, 2020, the parties to the now-consolidated case *In re Adamas Pharmaceuticals, Inc. Shareholder Derivative Litigation*, Lead Case No. 4:20-cv-01815-RS (the "Consolidated Derivative Action") submitted a stipulation to stay the Consolidated Derivative Action pending the outcome of the Motion to Dismiss in the *Ali Zaidi v. Adamas Pharmaceuticals, Inc., et al.*, Case No. 4:19-cv-08051 (the "Federal Class Action") case.  *See* Dkt. 13, Case No. 4:20-cv-01815-RS.  The Court granted that stipulation and ordered the Consolidated Derivative Action stayed on May 18, 2020.  *See* Dkt. 18, Case No. 4:20-cv-01815-RS.

4.      On May 12, 2020, I contacted co-lead counsel for plaintiffs in the Consolidated Derivative Action by email to inquire whether plaintiffs would stipulate that the Consolidated Derivative Action be deemed "related" to the Federal Class Action within the meaning of Civil Local Rule 3-12.

5.      On May 19, 2020, co-lead counsel for plaintiffs in the Consolidated Derivative Action notified me that while plaintiffs do not oppose the Administrative Motion, it is their position that plaintiffs cannot join the stipulation as the Consolidated Derivative Action has been stayed.

6.      On June 1, 2020, I contacted counsel for lead plaintiff in the Federal Class Action by email to inquire whether lead plaintiff would stipulate to the relatedness of the Consolidated Derivative Action and the Federal Class Action within the meaning of Civil Local Rule 3-12.

1.

7.      On June 2, 2020, counsel for lead plaintiff in the Federal Class Action informed me that lead plaintiff would agree to stipulate to the Administrative Motion.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true to the best of my knowledge.

Dated:   June 3, 2020                              Respectfully submitted,

**COOLEY LLP**

By: */s/ Tijana M. Brien*
     Tijana M. Brien (286590)

*Attorneys for Defendants,*
*ADAMAS PHARMACEUTICALS, INC., WILLIAM*
*ERICSON, MARTHA J. DEMSKI,  IVAN*
*LIEBERBURG, GREGORY T. WENT,  MICHAEL F.*
*BIGHAM, DAVID L. MAHONEY,  JOHN*
*MACPHEE, ALFRED G. MERRIWEATHER,*
*RICHARD A. KING, and MARDI C. DIER*

DECLARATION OF TIJANA M. BRIEN ISO
ADMINISTRATIVE MOTION TO RELATE CASES
4:19-CV-08051-JSW