COOLEY LLP
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
SHANNON M. EAGAN (212830)
(seagan@cooley.com)
TIJANA M. BRIEN (286590)
(tbrien@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304
Telephone:   (650) 843-5000
Facsimile:   (650) 849-7400

Attorneys for Defendants,
ADAMAS PHARMACEUTICALS, INC., WILLIAM ERICSON,
MARTHA J. DEMSKI,  IVAN LIEBERBURG, GREGORY T.
WENT,  MICHAEL F. BIGHAM, DAVID L. MAHONEY,  JOHN
MACPHEE, ALFRED G. MERRIWEATHER, RICHARD A. KING,
and MARDI C. DIER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI ZAIDI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ADAMAS PHARMACEUTICALS, INC., GREGORY T. WENT, ALFRED G. MERRIWEATHER, RICHARD A. KING, RAJIV PATNI, and VIJAY SHREEDHAR<br><br>Defendants. | Case No.: 4:19-cv-08051-JSW<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge: Honorable Jeffrey S. White<br>Date Filed:  December 10, 2019 |
| In re ADAMAS PHARMACEUTICALS, INC. SHAREHOLDER DERIVATIVE LITIGATION<br><br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. 4:20-cv-01815-RS<br><br>(Consolidated with Case No. 4:20-cv-02320-RS) |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE
MOTION TO RELATE PURSUANT TO CIVIL L.R. 3-12
4:19-CV-08051-JSW

This Court, having considered the administrative motion by Defendants Adamas Pharmaceuticals, Inc., Gregory T. Went, Alfred G. Merriweather, Richard A. King, Rajiv Patni, Vijay Shreedhar, Michael F. Bigham, Martha J. Demski, Mardi C. Dier, William W. Ericson, Ivan Lieberburg, David L. Mahoney, and John MacPhee to consider whether cases should be related pursuant to Civil Local Rules 3-12,

HEREBY ORDERS THAT the action entitled *In re Adamas Pharmaceuticals, Inc. Shareholder Derivative Litigation*, Lead Case No. 4:20-cv-01815-RS is hereby related to the action entitled *Ali Zaidi v. Adamas Pharmaceuticals, Inc., et al.*, Case No. 4:19-cv-08051.

IT IS FURTHER ORDERED THAT *In re Adamas Pharmaceuticals, Inc. Shareholder Derivative Litigation*, Lead Case No. 4:20-cv-01815-RS shall be reassigned to the undersigned Judge pursuant to Civil Local Rule 3-12(f)(3).

IT IS SO ORDERED.


Dated: _____          _____
                                 Honorable Jeffrey S. White
                                 United States District Judge

[PROPOSED] ORDER GRANTING ADMINISTRATIVE
MOTION TO RELATE PURSUANT TO CIVIL L.R. 3-12
4:19-CV-08051-JSW