**GLANCY PRONGAY & MURRAY LLP**
ROBERT V. PRONGAY (#270796)
LEANNE H. SOLISH (#280297)
CHRISTOPHER R. FALLON (#235684)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Lead Counsel for Lead Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ALI ZAIDI, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>vs.<br><br>ADAMAS PHARMACEUTICALS, INC., GREGORY T. WENT, ALFRED G. MERRIWEATHER, RICHARD A. KING, RAJIV PATNI, AND VIJAY SHREEDHAR,<br>                              Defendants. | Case No. 4:19-cv-08051-JSW<br><br>**DECLARATION OF LEANNE H. SOLISH IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**<br><br>Date: November 6, 2020<br>Time: 9:00 a.m.<br>Judge: The Hon. Jeffrey S. White<br>Dept.: Courtroom 5, 2nd Floor |

DECLARATION
Case No. 4:19-cv-08051-JSW

I, Leanne H. Solish, hereby declare as follows:

1.        I am an attorney admitted to practice before this Court and am a partner with the law firm of Glancy Prongay & Murray LLP, counsel of record for Lead Plaintiff in the above-entitled action.  I make this Declaration in support of Lead Plaintiff's Opposition to Defendants' Motions to Dismiss the Amended Class Action Complaint and have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify to them.

2.        Attached as Exhibit A is a true and correct copy of Adamas' Form 10-K for the fiscal year ended December 31, 2017, filed with the Securities and Exchange Commission on ("SEC") on February 22, 2018.   The 2017 10-K is publicly available from the SEC on its website at https://www.sec.gov/Archives/edgar/data/1328143/000162828018002045/adms1231201710k.htm.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 28, 2020, in Los Angeles, California.

*s/ Leanne H. Solish*
Leanne H. Solish

DECLARATION
Case No. 4:19-cv-08051-JSW
1

**<u>PROOF OF SERVICE BY ELECTRONIC POSTING</u>**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.  On August 28, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 28, 2020, at Los Angeles, California.


                                                        *s/ Leanne H. Solish*
                                                        Leanne H. Solish