**GLANCY PRONGAY & MURRAY LLP**
ROBERT V. PRONGAY (#270796)
LEANNE H. SOLISH (#280297)
CHRISTOPHER R. FALLON (#235684)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Lead Counsel for Lead Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ALI ZAIDI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ADAMAS PHARMACEUTICALS, INC., GREGORY T. WENT, ALFRED G. MERRIWEATHER, RICHARD A. KING, RAJIV PATNI, AND VIJAY SHREEDHAR, <br><br> Defendants. | Case No. 4:19-cv-08051-JSW <br><br> **PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE AND CONSIDERATION OF DOCUMENTS INCORPORATED BY REFERENCE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT** <br><br> **CLASS ACTION** |

On July 14, 2020, Defendants Adamas Pharmaceuticals, Inc., Gregory T. Went, Alfred G. Merriweather, Richard A. King, Rajiv Patni, and Vijay Shreedhar (collectively, "Defendants") requested judicial notice of various documents Pursuant to Federal Rule of Evidence 201.  *See* ECF No. 71.  Plaintiff does not oppose the request to the extent that the Court only takes notice that those documents exist and what those documents say, but not for the truth of the factual matters stated therein.  To the extent that Defendants attempt to use the exhibits in their request to defeat Plaintiffs' adequately pled claims, that practice is improper and was criticized by the Ninth Circuit Court of Appeals.  *Khoja v. Orexigen Therapeutics, Inc*., 899 F.3d 988, 998 (9th Cir. 2018) (recognizing a "concerning pattern in securities cases" where defendants attempt to exploit judicial notice "procedures improperly to defeat what would otherwise constitute adequately stated claims at the pleading stage").

Plaintiff does request that the Court notice the entirety of Exhibit 4 to the Declaration of Tijana M. Brien (ECF No. 70-5), Adamas' Form 10-K for the fiscal year ended December 31, 2017. For the Court's reference, a true and correct copy of the entire Adamas 2017 Form 10-K is attached as Exhibit A to the concurrently filed Declaration of Leanne H. Solish in Support of Plaintiff's Opposition.

Dated: August 28, 2020

**GLANCY PRONGAY & MURRAY LLP**

By:  *s/Leanne H. Solish*
Robert V. Prongay
Leanne H. Solish
Christopher R. Fallon
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
Email: info@glancylaw.com

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.  On August 28, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 28, 2020, at Los Angeles, California.


_s/ Leanne H. Solish_
Leanne H. Solish