United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALI ZAIDI,

        Plaintiff,

    v.

ADAMAS PHARMACEUTICALS, INC., et al.,

        Defendants.

Case No.  19-cv-08051-JSW

**ORDER REQUIRING RED-LINE VERSION OF SECOND AMENDED COMPLAINT AND INSTRUCTIONS TO ALL PARTIES REGARDING CHAMBERS COPIES**

Re: Dkt. No. 82

The Court HEREBY ORDERS Plaintiffs to file a redline version of their Second Amended Complaint, excluding the exhibits, and to provide the Court with chambers copies of the Second Amended Complaint with the exhibits and the redline version without exhibits.

It is FURTHER ORDERED that if Defendants move to dismiss, the parties shall provide the Court with chambers copies of all briefing and exhibits related to such a motion.  The parties shall review this Court's standing orders on the requirements for chambers copies.

**IT IS SO ORDERED**.

Dated: November 8, 2021

_____
JEFFREY S. WHITE
United States District Judge