UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI ZAIDI, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>ADAMAS PHARMACEUTICALS, INC., et al.,<br><br>          Defendants. | Case No.  19-cv-08051-JSW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND TRIAL SCHEDULING ORDER**<br><br>Re: Dkt. No. 98 |

The Court has received and considered the parties' joint case management conference statement and it VACATES the case management conference scheduled for March 31, 2023.

1.      The Court will review the parties' dispute regarding the Section 20(a) claim, and if it concludes further briefing is required, it will issue an Order.

2.      The Court ORDERS the parties to file a further joint statement on the impact, if any, of the *Plymouth County* class action settlement of Plaintiffs' claims in this case by April 7, 2023.

3.      **DATES**:

| EVENT | DEADLINE |
|---|---|
| Discovery opens and exchange of initial disclosures | May 12, 2023 |
| Plaintiffs to file motion for class certification | October 4, 2023 |
| Defendant to file opposition to motion for class certification | November 15, 2023 |
| Plaintiffs to file reply to motion for class certification | December 20, 2023 |

United States District Court
Northern District of California

United States District Court
Northern District of California

| Hearing on motion for class certification | January 26, 2024 at 9:00 a.m. |
|---|---|
| Deadline to amend pleadings or add parties | May 1, 2024 |
| Deadline to complete fact discovery | May 13, 2024 |
| Deadline to file further joint case management conference statement | June 21, 2024 |
| Further case management conference | June 28, 2024 at 11:00 a.m. |
| Deadline for affirmative expert reports and disclosures | June 19, 2024 |
| Deadline for rebuttal expert reports and disclosures | July 17, 2024 |
| Deadline to complete expert discovery | August 28, 2024 |
| Deadline to file dispositive motions | October 18, 2024 |
| Deadline to file oppositions to dispositive motions | December 6, 2024 |
| Deadline to file reply to dispositive motions | January 10, 2025 |
| Hearing on dispositive motions | February 7, 2025 at 9:00 a.m. |

The Court advises the parties that if they intend to file cross-motions on overlapping issues, the Court strongly prefers a four brief format, whereby Plaintiffs would file the opening brief, Defendant would file the cross-motion and opposition, Plaintiffs would file their opposition and reply, and Defendants would file their reply.

The Court defers setting a pretrial and trial date.

4.      **DISCOVERY:**  The parties are reminded that a failure voluntarily to disclose information pursuant to Federal Rule of Civil Procedure 26(a) or to supplement disclosures or discovery responses pursuant to Rule 26(e) may result in exclusionary sanctions.  Thirty days prior to the close of non-expert discovery, lead counsel for each party shall serve and file a certification that all supplementation has been completed.

5.      **ALTERNATIVE DISPUTE RESOLUTION:**  By agreement of the parties, this matter is referred to private mediation.  By April 7, 2023, the parties shall submit a stipulation and proposed order setting a proposed deadline to complete private mediation.

6.      **PROCEDURE FOR AMENDING THIS ORDER:**  No provision of this order may be changed except by written order of this Court upon its own motion or upon motion of one or more parties made pursuant to Civil. L. R. 7-1 upon a showing of very good cause.  A motion may take the form of a stipulation and proposed order pursuant to Civil L.R. 7-1(a)(5) and Civil L.R. 7-12, but the parties may not modify the pretrial schedule by stipulation without a Court order.  If the modification sought is an extension of a deadline contained herein, the motion must be brought before expiration of that deadline.   A conflict with a court date set after the date of this order does not constitute good cause. The parties are advised that if they stipulate to a change in the discovery schedule, they do so at their own risk.  The only discovery schedule that the Court will enforce is the one set in this order.  Additionally, briefing schedules that are specifically set by the Court may not be altered by stipulation without a Court order; rather the parties must obtain leave of Court.

**IT IS SO ORDERED**.

Dated: March 29, 2023

_____
JEFFREY S. WHITE
United States District Judge

United States District Court
Northern District of California

3