UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALI ZAIDI, et al.,

        Plaintiffs,

  v.

ADAMAS PHARMACEUTICALS, INC., et al.,

        Defendants.

Case No. 19-cv-08051-JSW

**ORDER DISMISSING SECTION 20(A) CLAIM**

In the parties' joint case management conference statement, Defendant Richard King raised an issue of whether he can be held liable under Section 20(a).  The Court has reviewed its Order granting, in part, and denying, in part, Defendants' motion to dismiss.  In order to state a claim under Section 20(a), a plaintiff must prove "(1) a primary violation of federal securities laws …; *and* (2) that the defendant exercised actual power or control over the *primary violator*." *Howard v. Everex Systs., Inc.*, 228 F.3d 1057, 1065 (9th Cir. 2000) (emphasis added).  Based on the Court's ruling, King is the only defendant alleged to have committed a primary violation of Section 10(b).  The Court should have, and now does, dismiss Plaintiffs' claims for alleged violations of Section 20(a).

        **IT IS SO ORDERED**.

Dated: March 28, 2023

JEFFREY S. WHITE
United States District Judge