**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay (#270796)
Leanne H. Solish (#280297)
Christopher R. Fallon (#235684)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Lead Counsel for Lead Plaintiff and the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| ALI ZAIDI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ADAMAS PHARMACEUTICALS, INC., GREGORY T. WENT, ALFRED G. MERRIWEATHER, AND RICHARD A. KING, <br><br> Defendants. | Case No. 4:19-cv-08051-JSW <br><br> <u>CLASS ACTION</u> <br><br> **JOINT STATEMENT REGARDING *PLYMOUTH COUNTY* CLASS ACTION SETTLEMENT** <br><br> The Hon. Jeffrey S. White |

Pursuant to the Court's March 29, 2023 Order Vacating Case Management Conference and Trial Scheduling Order (Dkt. No. 102), Lead Plaintiff Ralph Martinez ("Lead Plaintiff") and Defendant Richard A. King ("Defendant," and collectively with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby submit this Joint Statement on the impact of the *Plymouth County Contributory Retirement System v. Adamas Pharmaceuticals, Inc. et al.*, Case No. RG19018715 (Cal. Super. Ct., Alameda) ("*Plymouth County*") class action settlement on the claims in this case (*see id.* at ¶2).

While the released claims in the Stipulation of Settlement dated November 23, 2020 entered into by the parties in the *Plymouth County* class action, and filed with the Superior Court of the State of California for the County of Alameda on November 25, 2020, carve-out claims brought under the Securities Exchange Act of 1934, including those asserted in this case, they do so only for shares that are "non-Covered Purchases." *See* Exhibit 1 (*Plymouth County* Stipulation of Settlement). Specifically, paragraph 1.22 of the Stipulation of Settlement states:

> "Released Claims" means any and all claims, rights, demands, obligations, damages, actions or causes of action, or liabilities whatsoever, of every nature and description, that have been or could have been asserted in the Action or could in the future be asserted in any forum, whether foreign or domestic, whether arising under federal, state, common, or foreign law, whether class, individual, or derivative in nature, by Plaintiff, any other Class Member, or their successors, assigns, executors, administrators, representatives, attorneys, and agents, in their capacities as such, whether brought directly or indirectly against any of the Released Defendants' Parties, which both (a) arise out of, are based on, or relate in any way to any of the allegations, acts, transactions, facts, events, matters, occurrences, representations or omissions involved, set forth, alleged or referred to, in the Action, or which could have been alleged in the Action; and (b) ***arise out of, are based on, or relate to the purchase or acquisition of any Adamas common stock directly in Adamas' January 24, 2018 Secondary Public Offering (the "Covered Purchases")***. As to Plymouth's release of claims, the release shall also include a release of unknown claims and a waiver of rights under California Civil Code Section 1542 or similar statute or provision of law of any jurisdiction. ***For the avoidance of doubt, "Released Claims" for all Class Members (including Plaintiff) does not, however, include*** (a) claims to enforce the Settlement; or (b) ***any claims brought under the Securities Exchange Act of 1934, including those asserted in Zaidi v. Adamas Pharmaceuticals, Inc. (N.D. Cal.), insofar as they relate to claims for damages allegedly suffered in connection with any*** ***non-Covered Purchases***.

*Id.* (all emphasis added).

The *Plymouth County* Stipulation of Settlement defines "Covered Purchases" as "the purchase or acquisition of any Adamas common stock ***directly*** in Adamas' January 24, 2018

JOINT STATEMENT REGARDING *PLYMOUTH COUNTY* CLASS ACTION SETTLEMENT
Case No. 4:19-cv-08051-JSW

Secondary Public Offering." *Id.* (emphasis added). Thus, Covered Purchases are included in the *Plymouth County* Stipulation of Settlement release and are barred from any double recovery. There may be some claims in the above captioned action that qualify as "Covered Purchases" under the *Plymouth County* Stipulation of Settlement.

DATED: April 7, 2023            **GLANCY PRONGAY & MURRAY LLP**

By: *s/ Leanne H. Solish*
Robert V. Prongay
Leanne H. Solish
Christopher R. Fallon
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com
Email: lsolish@glancylaw.com
Email: cfallon@glancylaw.com

*Lead Counsel for Lead Plaintiff Ralph Martinez and Lead Counsel for the Class*

DATED: April 7, 2023            **COOLEY LLP**

By: *s/ Shannon M. Eagan*
Patrick E. Gibbs (#183174)
Shannon M. Eagan (#212830)
Tijana M Brien (#286590)
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
Email: seagan@cooley.com

*Counsel for Defendant Richard A. King*

## <u>ATTESTATION</u>

I, Leanne H. Solish, am the ECF user whose identification and password are being used to file this document. In compliance with Local Rule 5-1(h)(3), I hereby attest that each of the Signatories herein concur in this filing.

DATED: April 7, 2023            *s/ Leanne H. Solish*
                                          Leanne H. Solish

JOINT STATEMENT REGARDING *PLYMOUTH COUNTY* CLASS ACTION SETTLEMENT
Case No. 4:19-cv-08051-JSW

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.  On April 7, 2023, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 7, 2023, at Los Angeles, California.

_/s/ Leanne H. Solish_
Leanne H. Solish