COOLEY LLP
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
SHANNON M. EAGAN (212830)
(seagan@cooley.com)
TIJANA BRIEN (286590)
(tbrien@cooley.com)
JANELLE M. FERNANDES (322217)
(jfernandes@cooley.com)
3175 Hanover Street
Palo Alto, California  94304-1130
Telephone:    +1 650 843 5000
Facsimile:    +1 650 849 7400

Attorneys for Defendant
RICHARD A. KING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI ZAIDI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD A. KING<br><br>Defendant. | Case No. 4:19-cv-08051-JSW<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO STAY ALL PROCEEDINGS AND TO VACATE DATES IN SCHEDULING ORDERS** AS MODIFIED HEREIN<br>Judge:    Honorable Jeffrey S. White<br>Date Filed:    December 10, 2019 |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER
STAYING CASE AND VACATING DEADLINES
4:19-CV-08051-JSW

Pursuant to Rules 6-2, 7-1(a)(5), and 7-12 of the Northern District of California Civil Local Rules ("Civil Local Rule(s)"), Lead Plaintiff Ralph Martinez ("Lead Plaintiff") and Defendant Richard A. King ("King," and together with Lead Plaintiff, the "Parties") hereby submit this Stipulated Request and [Proposed] Order to stay all proceedings.

WHEREAS, on March 29, 2023, the Court entered a trial scheduling order (Dkt. No. 102) setting case deadlines up to (but not including) pretrial and trial;

WHEREAS, on July 28, 2023, the Parties stipulated to and the Court ordered the case be stayed while the Parties engaged in private mediation (Dkt. No. 114);

WHEREAS, the Parties have reached an agreement in principle to settle the litigation;

WHEREAS, the Parties agree to use their best efforts to draft, finalize, and execute the settlement papers within sixty (60) days and anticipate Lead Plaintiff filing a motion for preliminary approval of settlement within seven (7) calendar days thereafter;

WHEREAS, the Parties agree that to conserve judicial and Party resources, all existing deadlines should be vacated and any pending motions, hearings, discovery, rulings, and other deadlines or filing requirements in the case—except for those pertaining to settlement—should be stayed until further order of the Court;

NOW THEREFORE, the Parties, by and through their undersigned counsel, agree and stipulate to the following:

1.      All existing deadlines are vacated and any pending motions, hearings, discovery, rulings, and other deadlines or filing requirements in the case—except for those pertaining to settlement—are stayed until further order of the Court.

**IT IS SO STIPULATED.**

Dated:  October 31, 2023                    **COOLEY LLP**

By: */s/ Tijana M. Brien*
      Tijana M. Brien

*Counsel for Defendant Richard A. King*

Cooley LLP
Attorneys at Law
Palo Alto

2

STIPULATION AND [PROPOSED] ORDER
STAYING CASE AND VACATING DEADLINES
4:19-CV-08051-JSW

Dated:  October 31, 2023                    **GLANCY PRONGAY & MURRAY LLP**

By: */s/ Christopher R. Fallon*
    Christopher R. Fallon


Robert V. Prongay
Leanne H. Solish
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com
       lsolish@glancylaw.com
       cfallon@glancylaw.com

*Counsel for Lead Plaintiff Ralph Martinez and Lead Counsel for the Class*


\* \* \* \* \*

Pursuant to Civil L.R. 5-1(i)(3), all signatories concur in filing this stipulation.

Dated: October 31, 2023          */s/ Tijana M. Brien*
                                 Tijana M. Brien


PURSUANT TO STIPULATION, IT IS SO ORDERED.  If Plaintiff has not moved for preliminary approval of a settlement by January 5, 2024, they shall file a joint status report on January 8, 2024.

Dated: ___October 31___, 2023          _____
                                       HON. JEFFREY S. WHITE
                                       UNITED STATES DISTRICT JUDGE

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3

STIPULATION AND [PROPOSED] ORDER
STAYING CASE AND VACATING DEADLINES
4:19-CV-08051-JSW