UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI ZAIDI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ADAMAS PHARMACEUTICALS, INC., et al., <br><br> Defendants. | Case No. 19-cv-08051-JSW <br><br> **ORDER REQUIRING ADDITIONAL MATERIALS REGARDING MOTION FOR PRELIMINARY APPROVAL** <br><br> Re: Dkt. No. 123 |

This matter is scheduled for a hearing on April 5, 2024 to consider Lead Plaintiff's motion for preliminary approval of a class action settlement. The Court is tentatively inclined to grant the motion and vacate the hearing. The Court ORDERS the parties to file a joint statement by April 2, 2024 addressing the following information:

(1) The Northern District Guidelines on Class Action settlement recommend providing class members at least 35 days to opt out or object to the settlement and the motion for attorneys' fees and costs. *See* N.D. Guidelines on Class Action Settlements ¶ 9. Lead Plaintiff is proposing to file its motion for final approval and for attorneys' fees and expenses 35 days prior to the final fairness hearing and the deadline to receive opt-outs and objections as 21 days prior to that hearing. Why should the Court not require a full 35 days for putative class members to opt-out or object prior to the final fairness hearing?

(2) Whether the parties are amenable to including the following language in the proposed notice for those who which to object: "You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a different settlement; the Court can only approve or reject the settlement." (N.D. Guidelines ¶ 5.)

(3) What is the rationale for not providing a distribution to an Authorized Claimant with a

Distribution Amount of less than $10.00.  (Proposed Notice ¶ 68.)

(4) The supplemental settlement reference in paragraph 36 of the Stipulation and Settlement Agreement.  Pending further order of the Court, that document shall be submitted to the Court for an *in camera* review.

**IT IS SO ORDERED**.

Dated: March 26, 2024

_____
JEFFREY S. WHITE
United States District Judge