EXHIBIT 7

Law Firm Billing Rates

| Plaintiffs' Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Bernstein Litowitz Berger & Grossman LLP | In re Wells Fargo & Company Securities Litigation, No. 1:20-cv-04494 | (S.D.N.Y.) (Aug. 2023) (Dkt. No. 190-9) | Senior Counsel: $775 - $825<br><br>Associate: $425 - $650<br><br>Staff Attorney: $350 -$450<br><br>Case Manager & Paralegal: $325 - $400 | $900 - $1,300 |
| | In re Myriad Genetics, Inc. Securities Litigation, No. 2:19-cv-00707 | (D.Utah) (Nov. 2023) (Dkt. No. 290) | Senior Counsel: $775 - $825<br><br>Associate: $450 - $600<br><br>Staff Attorney: $425 - $450<br><br>Paralegal: $300 - $400 | $900 - $1,250 |
| | Lord Abbett Affiliated Fund, Inc., et al. v. Navient Corp., et al., No. 1:16-cv-00112--MN | (D.Del.) (Feb. 2022) (Dkt. No. 347-5) | Senior Counsel: $775<br><br>Associate: $425 - $700<br><br>Staff Attorney: $350 - $400<br><br>Paralegal: $325 - $350 | $900 - $1,300 |
| Boies, Schiller & Flexner LLP | In re Grupo Televisa Securities Litigation, No. 1:18-cv-01979 | (S.D.N.Y.) (Jul. 2023) (Dkt. No. 356) | Counsel: $940 - $970<br><br>Associate: $670 - $830<br><br>Summer Associate: $450<br><br>Staff Attorney: $380 - $460<br><br>Paralegal: $350 | $1,140 - $2,110 |
| | Brown et al. v. Google LLC, No. 4:30-cv-03664-YGR-SVK | (N.D.Cal.) (Jun. 2022) (Dkt. No. 597) | Associate: $475 - $950<br><br>Paralegal: $225 - $380 | $725 - $1,950 |

Law Firm Billing Rates

| Plaintiffs' Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Cohen Milstein Sellers & Toll, PLLC | In re Wells Fargo & Company Securities Litigation, No. 1:20-cv-04494 | (S.D.N.Y.) (Aug. 2023) (Dkt. No. 190-9) | Senior Counsel: $925<br><br>Associate: $525 - $700<br><br>Staff Attorney: $600 - $650<br><br>Discovery Attorney: $245 - $495 | $750 - $1,225 |
| Hausfeld LLP | In re TikTok, Inc., Consumer Privacy Litigation, MDL No. 2948 | (N.D.Ill.) (Mar. 2022) (Dkt. No. 197-20) | Of Counsel: $875<br><br>Associate: $500 - $610<br><br>Paralegal: $300 - $325 | $725 - $1,525 |
| | In re Foreign Exchange Benchmark Rates Antitrust Litigation, No. 1:13-cv-07789-LGS | (S.D.N.Y.) (Jan. 2018) (Dkt. No. 939-3) | Associate: $350 - $500<br><br>Staff Attorney: $350 - $600<br><br>Contract Attorney: $350 - $425<br><br>Paralegal: $75 - $280 | $630 - $1,375 |
| Keker, Van Nest & Peters LLP | OpenGov, Inc. v. GTY Technology Holdings Inc. et al, No. 3:18-cv-07198-JSC | (N.D.Cal.) (Mar. 2019) (Dkt. No. 40-1) | Of Counsel: $775 - $1,075<br><br>Paralegal: $250 - $290 | $700 - $1,500 |
| Labaton Sucharow LLP | Boston Retirement System v. Alexion Pharmaceuticals, Inc. et al., No. 3:16-cv-02127-AWT | (D.Conn.) (Nov. 2023) (Dkt. No. 319-10) | Of Counsel: $650 - $875<br><br>Associate: $475 - $625<br><br>Staff Attorney: $375 - $475<br><br>Paralegal: $325 - $390 | $700 - $1,325 |
| | In re The Allstate Corporation Securities Litigation, No. 1:16-cv-10510 | (N.D.Ill.) (Nov. 2023) (Dkt. No. 555) | Of Counsel: $650 - $875<br><br>Associate: $425 - $625<br><br>Staff Attorney: $335 - $475<br><br>Paralegal: $150 - $390 | $900 - $1,375 |

Law Firm Billing Rates

| Plaintiffs' Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Levi & Korsinsky LLP | In re Nutanix, Inc. Securities Litigation, No. 3:21-cv-04080 | (N.D.Cal.) (Aug. 2023) (Dkt. No. 318-2) | Of Counsel: $450 - $850<br><br>Associate: $500 - $675<br><br>Staff Attorney: $475 | $900 - $1,050 |
| | In re U.S. Steel Consolidated Casts, No. 2:17-cv-00579-CB | (W.D.Penn.) (Mar. 2023) (Dkt. No. 351) | Of Counsel: $450 - $850<br><br>Associate: $425 - $850 | $765 - $1,050 |
| Lieff Cabraser Heimann & Bernstein, LLP | In re BofI Holding, Inc. Securities Litigation, No. 3:15-cv-02324-GPC-KSC | (S.D.Cal) (Jul. 2022) (Dkt. No. 383-2) | Associate: $395 - $535<br><br>Staff Attorney: $415 | $555 - $1,150 |
| Motley Rice LLC | Boston Retirement System v. Alexion Pharmaceuticals, Inc. et al., No. 3:16-cv-02127-AWT | (D.Conn.) (Nov. 2023) (Dkt. No. 319-10) | Senior Counsel: $860 - $950<br><br>Associate: $550 - $680<br><br>Staff Attorney: $400 - $500<br><br>Contract Attorney: $325 - $410<br><br>Paralegal: $200 - $425 | $895 - $1,315<br><br>("Member" Rates) |
| | In re Twitter Inc. Securities Litigation, No. 4:16-cv-05314-JST (SK) | (N.D.Cal.) (Oct. 2022) (Dk. No. 664-1) | Senior Counsel: $925<br><br>Associate: $425 - $600<br><br>Staff Attorney: $400 - $425<br><br>Contract Attorney: $395<br><br>Paralegal: $175 - $375 | $725 - $1,100 |
| Pomerantz LLP | Solomon v. Sprint Corporation et al., No. 1:19-cv-05272 | (S.D.N.Y.) (Jul. 2023) (Dkt. No. 95) | Associate: $425 - $650<br><br>Paralegal: $120 - $365 | $875 - $1,250 |

Law Firm Billing Rates

| Plaintiffs' Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Quinn Emanuel Urquhart & Sullivan, LLP | Alaska Electrical Pension Fund, et al., v. Bank of America, N.A., et al., No. 14-cv-07126-JMF-OTW | (S.D.N.Y.) (Mar. 2018) (Dkt. No. 617-1) | Of Counsel: $885 - $920<br><br>Associate: $630 - $875<br><br>Staff Attorney: $350 - $535<br><br>Paralegal: $300 - $320<br><br>Litigation Support: $175 - $365 | $940 - $1,375 |
| Robbins Geller Rudman & Dowd LLP | Oregon Laborers Employers Pension Trust Fund v. Maxar Technologies, Inc. et al., No. 1:19-cv-00124 | (D.Colo.) (Oct. 2023) (Dkt. No. 201-1) | Of Counsel: $960 - $1,080<br><br>Associate: $465 - $535<br><br>Staff Attorney: $450 - $460 | $760 - $1,250 |
| | Flynn v. Exelon Corporation et al., No. 1:19-cv-08209 | (N.D.Ill.) (Aug. 2023) (Dkt. No. 207) | Associate: $400 - $595<br><br>Staff Attorney: $390 - $460<br><br>Research Analyst: $315<br><br>Economic Analyst: $355 - $450 | $760 - $1,315 |
| | Purple Mountain Trust, Individually and on Behalf of All Others Similarly Situated v. Wells Fargo & Company et al., No. 3:18-cv-03948 | (N.D.Cal.) (Jul. 2023) (Dkt. No. 232-1) | Of Counsel: $600 - $1,110<br><br>Associate: $250 - $550<br><br>Staff Attorney: $300 - $450<br><br>Research Analyst: $315<br><br>Paralegal: $275 - $395<br><br>Litigation Support: $175 - $400 | $735 - $1,375 |

Law Firm Billing Rates

| Plaintiffs' Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Robbins Geller Rudman & Dowd LLP | Azar v. Grubhub Inc., et al., No. 1:19-cv-07665 | (N.D.Ill.) (Dec. 2022) (Dkt. No. 2279) | Of Counsel: $955<br><br>Associate: $375 - $650<br><br>Staff Attorney: $410 -$445<br><br>Research Analyst: $295<br><br>Investigator: $290 | $675 - $1,350 |
| | Gordon v. Vanda Pharmaceuticals, Inc. and Mihael H Polymeropoulos, No. 1:19-cv-01108-FB-LB | (E.D.N.Y.) (Dec. 2022) (Dkt. No. 104-6) | Of Counsel: $1,090<br><br>Associate: $375 - $630<br><br>Staff Attorney: $420 - $445<br><br>Litigation Support: $300<br><br>Investigator: $290 | $785 - $1,350 |
| Scott+Scott, Attorneys at Law, LLP | Abadilla, et al. v. Precigen, Inc. et al., No. 5:20-cv-06936-BLF | (N.D.Cal.) (Sep. 2023) (Dkt. No. 138) | Of Counsel: $1,050<br><br>Associate: $625 - $795<br><br>Staff Attorney: $675<br><br>Paralegal: $395 - $415 | $1,095 - $1,595 |
| | In re Infinity Q Diversified Alpha Fund Securities Litigation, No. 651295/2021 | (New York County, New York) (Dec. 2022) (Dkt. No. 230) | Associate: $675 - $795<br><br>Staff Attorney: $650<br><br>Research Analyst: $395<br><br>Paralegal: $395 | $995 - $1,395 |

Law Firm Billing Rates

| Defense Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | In re Yellow Corporation, *et al.* , Debtors, No. 23-11069 (CTG) | (Bankr. D.Del.) (Oct. 2023) (Dkt. No. 889) | Senior Counsel and Counsel: $1,055 - $1,500<br><br>Associate:  $790 - $1,125<br><br>Paralegal: $435 - $510 | $1,420 - $1,995 |
| | In re Pipeline Health System, LLC, *et al.* , Debtors, No. 22-90291 (MI) | (Bankr. S.D.Tex.) (Mar. 2023) (Dkt. No. 1169) | Senior Counsel: $1,105 - $1,300<br><br>Counsel: $1,025 - $1,190<br><br>Associate: $670 - $880<br><br>Paraprofessional: $510 | $1,400 - $1,775 |
| Cleary Gottlieb Steen & Hamilton LLP | In re ViewRay, Inc., *et al.* , Debtors, No. 23-10935 (KBO) | (Bankr. D.Del.) (Nov. 2023) (Dkt. No. 428-2) | Associate: $965 - $1,105<br><br>Paralegal: $430<br><br>Non-Legal: $370 | $1,305 - $1,930 |
| | In re Genesis Global Holdco, LLC, *et al.* , Debtors, No. 23-10063 (SHL) | (Bankr. S.D.N.Y.) (May 2023) (Dkt. No. 316) | Counsel: $1,280 - $1,765<br><br>Associate: $845 - $1,400<br><br>Contract Attorney: $300 - $375<br><br>Litigation Paralegal: $370 - $430 | $1,305 - $2,135 |
| Cooley LLP | In re Whittaker, Clark & Daniels, Inc., *et al.* , Debtors, No. 23-13575-MBK | (Bankr. D.N.J.) (Jun. 2024) (Dkt. No. 1145) | Counsel: $1,395 - $1,400<br><br>Associate: $760 - $1,375<br><br>eDiscovery Review Attorney: $425<br><br>Paralegal: $420 | $1,540 - $1,925 |

Law Firm Billing Rates

| Defense Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Cooley LLP | In re CR Holding Liquidating, Inc., *et al.,* Debtors, No. 19-10210-LSS | (Bankr. D.Del.) (May 2023) (Dkt. No. 1820) | Senior Counsel: $1,650<br><br>Associate: $1,235 - $1,245<br><br>Law Clerk: $670<br><br>Paralegal: $380 - $605<br><br>("2023" Rates) | $1,285 - $1,895<br><br>("2023" Rates) |
| Dechert LLP | In re Bintago Inc., *et al.* , Debtors, No. 23-11394 (SHL) | (Bankr. S.D.N.Y.) (Nov. 2023) (Dkt. No. 220) | Counsel: $1,175<br><br>Associate: $775 - $1,140<br><br>Legal Assistant: $435 - $490 | $1,275 - $1,650 |
| | In re PURDUE PHARMA L.P., *et al.,* Debtors, No. 19-23649-shl | (Bankr. S.D.N.Y.) (Aug. 2023) (Dkt. No. 5840) | Associate: $880 - $1,050<br><br>Paralegal: $300 | $1,125 - $1,650 |
| DLA Piper LLP (US) | In re Vestoo Ltd., *et al.* , Debtors, No. 23-11160 (MFW) | (Bankr. D.Del.) (Jan. 2024) (Dkt. No. 619) | Associate: $730 - $1,215<br><br>Law School Graduate: $730<br><br>Research Analyst: $500<br><br>Paralegal: $340 - $475 | $1,215 - $1,800 |
| | In re Instant Brands Acquisition Holdings Inc, *et al.* , Debtors, No. 23-90716 (DRJ) | (Bankr. S.D.Tex.) (Nov. 2023) (Dkt. No. 724-1) | Associate: $670 - $1,080<br><br>Law School Graduate: $730<br><br>Research Analyst: $500<br><br>Case Manager: $380 - $475 | $1,200 - $1,640 |
| Freshfields Bruckhaus Deringer LLP | In re Talen Energy Supply, LLC, et al., Debtors, No. 22-90054 (MI) | (Bankr. S.D.Tex.) (Jun. 2023) (Dkt. No. 2114-2) | Counsel: $1,425<br><br>Associate: $980 - $1,200 | $1,690 - $1,945 |
| | In re Revlon, Inc. *et al.* , Debtors, No. 22-10760 (DSJ) | (Bankr. S.D.N.Y.) (Apr. 2023) (Dkt. No. 1835) | Counsel: $843<br><br>Associate: $321 - $1,323<br><br>Paralegal/Non-Legal Staff: $320 - $525 | $1,057 - $1,723 |

Law Firm Billing Rates

| Defense Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Gibson, Dunn & Crutcher LLP | In re Stimwave Technologies Incorporated, *et al.*, Debtors, No. 22-10541 (TMH) | (Bankr. D.Del.) (May 2023) (Dkt. No. 901) | Associate: $1,105 - $1,210 | $1,860 |
| | In re Sequential Brands Group, Inc., *et al.*, Debtors, No. 21-11194 (JTD) | (Bankr. D.Del.) (Sep. 2021) (Dkt. No. 95) | Counsel: $1,025 - $1,210<br><br>Associate: $610 - $1,060 | $1,095 - $1,645 |
| Goodwin Procter LLP | In re Party City Holdco Inc., Debtor, No.23-90005 | (Bankr. S.D.Tex.) (Nov. 2023) (Dkt. No. 1939-2) | Counsel: $1,150<br><br>Associate: $710 - $1,095<br><br>Paralegal: $520 | $1,250 - $1,775 |
| | In re Clarus Therapeutics Holdings, Inc., Debtor, No. 22-10845-MFW | (Bankr. D.Del.) (Mar. 2023) (Dkt. No. 354-1) | Counsel: $1,075<br><br>Associate: $675 - $945<br><br>Paralegal: $355 - $495 | $1,095 - $1,800 |
| Greenberg Traurig LLP | In re Vesttoo Ltd., *et al.*, Debtors, No. 23-11160 (MFW) | (Bankr. D.Del.) (Nov. 2023) (Dkt. No. 399) | Senior Counsel: $1,645<br><br>Of Counsel: $855 - $900<br><br>Associate: $650 - $895<br><br>Paralegal: $390 - $475 | $880 - $1,665<br><br>("Shareholder" Rates) |
| | In re Kabbage, Inc. d/b/a Kservicing, *et al.*, Debtors, No. 22-10951 (CTG) | (Bankr. D.Del.) (Jun. 2023) (Dkt. No. 855) | Associate: $870<br><br>Paralegal: $435 | $1,255 - $1,540<br><br>("Shareholder" Rates) |
| Hogan Lovells US LLP | In re Mallinckrodt PLC, *et al.*, Debtors, No. 23-11258 (JTD) | (Bankr. D.Del.) (Dec. 2023) (Dkt. No. 744) | Senior Counsel: $1,444<br><br>Of Counsel: $1,135 - $1,175<br><br>Senior Associate: $1,065 - $1,110<br><br>Associate: $650 - $890<br><br>Senior Research Analyst: $390<br><br>Paralegal: $390 | $885 - $1,585 |

Law Firm Billing Rates

| Defense Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Hogan Lovells US LLP | In re LTL Management LLC, Debtor, No. 21-30589 (JCW) | (Bankr. D.N.J.) (May 2022) (Dkt. No. 2240-1) | Counsel: $910 - $1,735<br><br>Associate: $605 - $1,055<br><br>Paralegal: $275 - $550 | $950 - $2,465 |
| Jones Day | In re LTL Management LLC, Debtor, No. 23-12825 (MBK) | (Bankr. D.N.J.) (Sep. 2023) (Dkt. 1327) | Of Counsel: $925 - $1,275<br><br>Associate: $325 - $925<br><br>Staff Attorney: $600 - $625<br><br>Paralegal: $213 - $500 | $563 - $1,800 |
| | In re Purdue Pharma L.P., et al., Debtors, No. 19-23649 (SHL) | (Bankr. S.D.N.Y.) (Jun. 2023) (Dkt. No. 5669) | Associate: $650 -$880<br><br>Paralegal and Staff: $325 - $450 | $1,050 - $1,418 |
| Katten Muchin Rosenman LLP | In re Capstone Green Energy Corporation, et al., Debtors, No. 23-11634 (LSS) | (Bankr. D.Del.) (Dec. 2023) (Dkt. No. 148-2) | Of Counsel: $735 - $1,440<br><br>Counsel and Special Staff: $460 - $1,230<br><br>Associate: $300 - $935<br><br>Paralegal: $90 - $650 | $835 - $1,795 |
| | In re Voyager Digital Holdings, Inc. et al., Debtors, No. 22-10943 (MEW) | (Bankr. S.D.N.Y.) (Mar. 2023) (Dkt. No. 1147) | Associate: $765 - $815 | $1,040 - $1,755 |
| King & Spalding LLP | In re DCL Holdings (USA), Inc., et al., Debtors, No. 22-11319 (JKS) | (Bankr. D.Del.) (May 2023) (Dkt. No. 442) | Associate: $685 - $1,315<br><br>Project Assistant: $250 | $1,340 - $1,780 |
| | In re Briggs & Stratton Corporation, et al., Debtors, No. 20-43597 | (Bankr. E.D.Mo.) (Jul. 2020) (Dkt. No. 194) | Counsel: $750 - $1,005<br><br>Associate: $440 - $750<br><br>Paraprofessional: $190 - $325 | $820 - $1,290 |
| Kirkland & Ellis, LLP | In re MVK Farmco LLC, et al., Debtors, No. 23-11721 (LSS) | (Bankr. D.Del). (Dec. 2023) (Dkt. No. 353) | Associate: $715 - $1,295 | $1,245 - $2,045 |
| | In re: Celsius Network LLC, No. 22- 10964 | (Bankr. S.D.N.Y.) (Aug. 2022) (ECF No. 360) | Of Counsel: $805 - $1,845<br><br>Associate: $650 - $1,245 | $1,135 - $1,995 |
| Latham & Watkins LLP | In re: Purdue Pharma L.P., et al., Debtors, No. 19-23649 (RDD) | (Bankr. S.D.N.Y.) (May 2024) (Dkt. No. 6360) | Associate: $890 - $1,345 | $1,860 - $2,035 |

Law Firm Billing Rates

| Defense Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Latham & Watkins LLP | In re: Sorrento Therapeutics Inc., *et al.*, Post Effective Date Debtors, No. 23-90085 (CML) | (Bankr. S.D.Tex.) (May 2024) (Dkt. No. 2181) | Counsel: $1,470 - $1,605<br><br>Associate: $760 - $1,340<br><br>Financial Analyst: $570<br><br>Paralegal: $355 - $525 | $1,495 - $2,240 |
| Mayer Brown LLP | In re GWG Holdings, Inc., *et al.*, Debtors, No. 22-90032 (MI) | (Bankr. S.D.Tex.) (Dec. 2022) (Dkt. No. 1220) | Counsel: $1,025 to $1,250<br><br>Associate: $590 - $1,075<br><br>Paraprofessional: $210 - $475 | $1,120 - $1,940 |
| McDermott Will & Emery LLP | In re OSG Holdings, Inc., *et al.*, Debtors, No. 23-90799 (CML) | (Bankr. S.D.Tex.) (Dec. 2023) (Dkt. No. 223) | Associate: $655 - $1,170<br><br>Paralegal: $295 - $670 | $1,215 - $1,860 |
| | In re: Voyager Digital Holdings, Inc., No. 22-0943 | (Bankr. S.D.N.Y.) (Aug. 2022) (Dkt. No. 317) | Of Counsel: $755 - $1,300<br><br>Associate: $545 - $1,190 | $875 - $1,510 |
| Milbank LLP | In re Voyager Aviation Holdings, LLC *et al.*, Debtors, No. 23-11177 (JPM) | (Bankr. S.D.N.Y.) (Jan. 2024) (Dkt. No. 662) | Of Counsel: $1,625<br><br>Special Counsel: $1,425<br><br>Associate: $575 - $1,300<br><br>Case Manager: $450<br><br>Legal Assistant: $300 - $390 | $1,495 - $2,045 |
| | In re Talen Energy Supply, LLC, *et al.*, Debtors, No. 22-90054 (MI) | (Bankr. S.D.Tex.) (Mar. 2023) (Dkt. No. 1931) | Special Counsel: $1,320<br><br>Associate: $695 - $1,200<br><br>Legal Assistant: $270 - $390 | $1,495 - $2,045 |
| O'Melveny & Myers LLP | In re: FHC Holdings Corporation, *et al.*, Debtors, No. 20-13076-BLS | (Bankr. D.Del.) (Jun. 2021) (Dkt. No. 792) | Senior Counsel: $1,105<br><br>Associate: $708 - $940 | $1,100 - $1,400 |

Law Firm Billing Rates

| Defense Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | In re Proterra Inc, *et al.*, Debtors, No. 23-11120 (BLS) | (Bankr. D.Del.) (Oct. 2023) (Dkt. No. 428) | Counsel: $1,650<br><br>Associate: $825 - $1,380<br><br>Staff Attorney: $595 - $625<br><br>Senior Research Analyst: $380<br><br>Paralegal: $410 - $470 | $1,815 - $2,175 |
| | In re Mallinckrodt PLC, *et al.*, Debtors, No. 20-12522 (JTD) | (Bankr. D.Del.) (Apr. 2022) (Dkt. No. 7037) | Counsel: $1,525<br><br>Associate: $1,040 - $1,135 | $1,605 - $2,025 |
| Perkins Coie LLP | In re Endo International plc, *et al.*, Debtors, No. 22-22549 (JLG) | (Bankr. S.D.N.Y.) (Jun. 2023) (Dkt No. 2222) | Senior Counsel: $745 - $952<br><br>Of Counsel: $974<br><br>Associate: $493 - $750<br><br>E-Discovery Attorney: $179 - $356 | $868 - $1,185 |
| Proskauer Rose LLP | In re Off Lease Only LLC, *et al.*, Debtors, No. 23-11388 (CTG) | (Bankr. D.Del.) (Nov. 2023) (Dkt. No. 206) | Senior Counsel: $1,395 - $1,425<br><br>Associate: $995 - $1,215<br><br>Paralegal: $340 - $530 | $1,550 - $1,950 |
| | In re Alpha Media Holdings LLC, *et al.*, Debtors, No. 21-30209 (KRH) | (Bankr. E.D.Va.) (Mar. 2021) (Dkt. No. 197) | Senior Counsel: $1,150 - $1,375<br><br>Associate: $730 - $1,195 | $1,225 - $1,795 |
| Quinn Emanuel Urquhart & Sullivan, LLP | In re FTX Trading LTD, et al., Debtors, No. 22-11068 (JTD) | (Bankr. D.Del.) (Sep. 2023) (Dkt. No. 2531) | Counsel: $1,215<br><br>Associate: $747 - $1,337<br><br>Paralegal: $432 | $1,247 - $1,917 |
| Ropes & Gray LLP | In re VH Legacy/Liquidation, LLC, *et al.*, Debtors, No. 22-11019 (LSS) | (Bankr. D.Del.) (May 2023) (Dkt. No. 417) | Associate: $900 - $1,310<br><br>Law Clerk: $770<br><br>Paralegal: $320 - $565 | $1,520 - $1,900 |

Law Firm Billing Rates

| Defense Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Ropes & Gray LLP | In re Vewd Software USA, LLC, *et al.*, Debtors, No. 21-12065 (MEW) | (Bankr. S.D.N.Y.) (Jan. 2022) (Dkt. No. 62) | Counsel: $770  - $1,140<br><br>Associate: $700 - $1,270<br><br>Paraprofessional: $290 - $485 | $1,400 - $2,100 |
| Shearman & Sterling LLP | In re Venus Liquidation Inc., *et al.*, Debtors, No. 23-10738 (JPM) | (Bankr. S.D.N.Y.) (Jan. 2024) (Dkt. No. 727) | Counsel: $1,300<br><br>Associate: $1,215 - $1,415<br><br>Law Clerk: $225 - $995 | $1,975 - $2,130 |
| | In re Carlson Travel, Inc., *et al.*, Reorganized Debtors, No. 21-90017 (MI) | (Bankr. S.D.Tex.) (Jan. 2022) (Dkt. No. 249) | Associate: $435 - $1,210<br><br>Paralegal: $395 | $1,195 - $1,825 |
| Sheppard, Mullin, Richter & Hampton LLP | In re Mariner Health Central, Inc., *et al.*, Debtors, No. 22-41079 | (Bankr. N.D.Cal.) (Apr. 2023) (Dkt. No. 522) | Associate: $700 - $945 | $1,355 - $1,555 |
| Sidley Austin LLP | In re Legacy IMDBS, Inc., *et al.*, Debtors, No. 23-10852 (KBO) | (Bankr. D.Del.) (Nov. 2023) (Dkt. No. 782) | Associate: $960 - $1,230<br><br>Paralegal: $555 | $1,625 - $1,800 |
| | In re Tricida, Inc., Debtor, No. 23-10024 (JTD) | (Bankr. D.Del.) (Apr. 2023) (Dkt. No. 419) | Associate: $700 - $1,275<br><br>Paralegal: $540 | $1,300 - $1,850 |
| Simpson Thacher & Bartlett LLP | In re Zymergen Inc., *et al.*, Debtors, No. 23-11661 (KBO) | (Bankr. D.Del.) (Jan. 2024) (Dkt. No. 314) | Counsel: $1,525<br><br>Associate: $745 - $1,290<br><br>Paralegal: $545 | $1,795 - $2,195 |
| Skadden, Arps, Slate, Meagher & Flom LLP | In re: Armstrong Flooring, Inc., No. 22-bk-10426 | (Bankr. D.Del. May 2022) (ECF No. 187) | Of Counsel: $1,300 - $1,495<br><br>Associate: $550 - $1,275 | $1,465 - $1,980 |
| | In re VIVUS, Inc. *et al.*, Reorganized Debtors, No. 20-bk-11779 (LSS) | (Bankr. D.Del.) (Jan. 2021) (Dkt. No. 443) | Of Counsel: $1,260<br><br>Associate: $695 - $1,120<br>($495 for Associate Pending Admission) | $1,425 - $1,565 |

Law Firm Billing Rates

| Defense Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Sullivan & Cromwell LLP | In re SVB Financial Group, Debtor, No. 23-10367 (MG) | (Bankr. S.D.N.Y.) (Sep. 2023) (Dkt. No. 543) | Senior Counsel: $2,165<br><br>Special Counsel: $1,575 - $1,790<br><br>Associate: $775 - $1,475<br><br>Paralegal: $425 - $595<br><br>Legal Analyst: $595 | $1,083 - $2,165 |
| | In re FTX Trading LTD, *et al.*, Debtors, No. 22-11068 (JTD) | (Bankr. D.Del.) (Aug. 2023) (Dkt. No. 2271) | Of Counsel: $2,165<br><br>Special Counsel: $1,575 - $1,825<br><br>Associate: $775 - $1,475<br><br>Law Clerk: $550<br><br>Paralegal: $425 - $595<br><br>Legal Analyst: $595 | $1,595 - $2,165 |
| Vinson & Elkins LLP | In re Core Scientific, Inc., *et al.*, Debtors, No. 22-90341 (DRJ) | (Bankr. S.D.Tex.) (Sep. 2023) (Dkt. No. 1251) | Counsel: $1,590<br><br>Associate: $730 - $1,220<br><br>Paralegal: $420 | $1,425 - $1,920 |
| | In re Heartbrand Holdings, Inc., *et al.*, Reorganized Debtors, No. 22-90127 (CML) | (Bankr. S.D.Tex.) (Nov. 2023) (Dkt. No. 339) | Counsel: $1,040 - $1,130<br><br>Senior Associate: $1,005<br><br>Associate: $615 - $950<br><br>Paralegal: $385 - $480 | $1,130 - $1,810 |
| Weil, Gotshal & Manges LLP | In re Pacificco Inc., *et al.*, Reorganized Debtors, No. 23-10620 (KBO) | (Bankr. D.Del.) (Jan. 2024) (Dkt. No. 21-4) | Counsel: $1,375 - $1,425<br><br>Associate: $750 - $1,345<br><br>Paralegal: $460 - $530<br><br>(Excluding German Counsel and German Associate Rates) | $1,450 - $2,095<br><br>(Excluding German Partner Rates) |

Law Firm Billing Rates

| Defense Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Willkie Farr & Gallagher LLP | In re Western Global Airlines, Inc., *et al.*, Debtors, No. 23-11093 (KBO) | (Bankr. D.Del.) (Nov. 2023) (Dkt No. 440-1) | Counsel: $1,380<br><br>Associate: $680- $1,315<br><br>Paralegal: $315 - $540 | $1,500 - $2,050 |
| Wilmer Cutler Pickering Hale and Dorr LLP | In re INFINITY PHARMACEUTICALS, INC., Debtor, No. 23-11640 (BLS) | (Bankr. D.Del.) (Feb. 2024) (Dkt. No. 216) | Associate: $865 - $1,120<br><br>Senior Paralegal: $575 - $710 | $1,650 - $1,865<br><br>("2024 Rate") |
| | In re DIAMOND SPORTS GROUP, LLC, *et al.*, Debtors, No. 23-90116 (CML) | (Bankr. S.D.Tex.) (Aug. 2023) (Dkt. No. 1070-4) | Counsel: $1,195<br><br>Senior Associate: $940 - $1,195<br><br>Associate: $850<br><br>Senior Paralegal: $650 - $660 | $1,205 - $1,920 |
| Wilson Sonsini Goodrich & Rosati, P.C. | In re Potrero Medical, Inc., Debtor, No. 23-11900 (LSS) | (Bankr. D.Del.) (Mar. 2024) (Dkt. No. 200) | Associate: $705 - $1,090<br><br>Senior Paralegal: $445 | $1,085 - $1,400 |
| | In re Tonopah Solar Energy, LLC, Debtor, No. 20-11884 (KBO) | (Bankr. D. Del.) (Jul. 2020) (Dkt. No. 43) | Counsel: $440 - $1,350<br><br>Associate: $510 - $920<br><br>Legal Staff: $120 - $480 | $925 - $1,750<br><br>("Member" Rates) |