EXHIBIT 12

Raul Perez (SBN 174687)
Raul.Perez@capstonelawyers.com
Melissa Grant (SBN 205633)
Melissa.Grant@capstonelawyers.com
Arnab Banerjee (SBN 252618)
Arnab.Banerjee@capstonelawyers.com
Capstone Law APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone:       (310) 556-4811
Facsimile:       (310) 943-0396

Attorneys for Plaintiff David Berry and Lead Counsel

Norman B. Blumenthal (SBN 68687)
Norm@bamlawlj.com
Kyle R. Nordrehaug (SBN 205975)
Kyle@bamlawca.com
Aparajit Bhowmik (SBN 248066)
Aj@bamlawlj.com
Blumenthal Nordrehaug & Bhowmik
2255 Calle Clara
La Jolla, CA 92037
Telephone:       (858) 551-1223 x127
Facsimile:       (858) 551-1232

Attorneys for Plaintiff Jasmin Perez and Liaison Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BERRY, individually as an aggrieved employee, and on behalf of others similarly situated,<br><br>   Plaintiff,<br>  vs.<br><br>URBAN OUTFITTERS WHOLESALE, INC., a Pennsylvania corporation; and DOES 1 through 100, inclusive,<br><br>   Defendants. | Lead Case No. 13-cv-02628-JSW<br>Case No. 14-cv-00024-JSW<br>Case No. 14-cv-01580-JSW<br>Case No. 14-002601-JSW<br><br>Assigned to the Hon. Jeffrey S. White<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ATTORNEYS' FEES, COSTS AND EXPENSES, AND CLASS REPRESENTATIVE INCENTIVE AWARDS**<br><br>Date:  March 25, 2016<br>Time:  9:00 a.m.<br>Place:  Courtroom 5 |

ORDER GRANTING MOTION FOR ATTORNEYS' FEES, COSTS AND EXPENSES, AND CLASS REPRESENTATIVE INCENTIVE AWARDS

JASMIN PEREZ and KYLE MILLER, individuals, on behalf of themselves, on behalf of all persons similarly situated, and as the representative of the State of California,

Plaintiff,

vs.

URBAN OUTFITTERS, INC., a Corporation, and DOES 1 through 50, inclusive,

Defendants.

ZAYDA SANTIZO, individually, as an aggrieved employee, and on behalf of others similarly situated,

Plaintiff,

vs.

URBAN OUTFITTERS WHOLESALE, INC., a Pennsylvania corporation; and DOES 1 through 100, inclusive,

Defendants.

FLOR KHAN, individually, and on behalf of all others similarly situated,

Plaintiff,

vs.

URBAN OUTFITTERS WEST, LLC, and DOES 1 through 100, inclusive,

Defendants.

ORDER GRANTING MOTION FOR ATTORNEYS' FEES, COSTS AND EXPENSES, AND CLASS REPRESENTATIVE INCENTIVE AWARDS

**ORDER**

On March 25, 2016, at 9:00 a.m., this Court conducted a hearing on Plaintiffs' Motion for Attorneys' Fees, Costs and Expenses, and Class Representative Incentive Awards. Having carefully considered the papers, evidence, and arguments presented, the Court finds and orders as follows:

1. The Court finds that the requested award of attorneys' fees in the amount of one-third of the common fund created by the settlement is reasonable for a contingency fee in a class action such as this. *See Van Vranken v. Atlantic Richfield Co.*, 901 F. Supp. 294, 297 (N.D. Cal. 1995) ("the cases . . . in which high percentages such as 30-50 percent of the fund were awarded involved relatively smaller funds of less than $10 million"). Capstone Law APC; Blumenthal Nordrehaug & Bhowmik; and the Law Offices of Ari Moss have also provided sufficient evidence to establish that the award is reasonable in light of a lodestar cross-check, which the Court finds to be the product of reasonable billing rates and hours billed to the litigation, and a multiplier for contingent risk. Additionally, evidence submitted by Plaintiffs demonstrates that the requested costs and expenses of $50,000 are fair and reasonable.

2. The Court accordingly awards Plaintiffs a total of $1,666,667 in attorneys' fees and $50,000 in costs and expenses, to be apportioned among Plaintiffs and their counsel.

3. The Court awards Class Representative Incentive Awards of $15,000 to Plaintiff David Berry, and $10,000, each, to Plaintiffs Flor Khan, Kyle Miller, Jasmin Perez, and Zayda Santizo.

**IT IS SO ORDERED.**

Dated:  April 7, 2016

_____
Hon. Jeffrey S. White
United States District Judge

Page 1

ORDER GRANTING MOTION FOR ATTORNEYS' FEES, COSTS AND EXPENSES, AND CLASS REPRESENTATIVE INCENTIVE AWARDS