# EXHIBIT 14

MARY K. BLASY (211262)
mblasy@scott-scott.com
HAL D. CUNNINGHAM (243048)
hcunningham@scott-scott.com
DAVID H. GOLDBERGER (225869)
dgoldberger@scott-scott.com
SCOTT+SCOTT LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
– and –
DAVID R. SCOTT
drscott@scott-scott.com
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-3818
Facsimile: (860) 537-4432

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARON HODGES, On Behalf of Herself and All Others Similarly Situated,<br><br>                       Plaintiffs,<br><br>  vs.<br><br>AKEENA SOLAR, INC., et al,<br><br>                     Defendants. | No. 09-cv-02147-JW<br><br>CLASS ACTION<br><br>AMENDED [PROPOSED] ORDER AWARDING LEAD COUNSEL ATTORNEYS' FEES AND EXPENSES<br><br>HEARING DATE:   December 12, 2011<br>TIME:             9:00 a.m.<br>COURTROOM:    9, 9th Floor<br><br>The Honorable James Ware |

AMENDED [PROPOSED] ORDER AWARDING LEAD COUNSEL ATTORNEYS' FEES AND
EXPENSES
No. C-09-02147-JW

This matter having come before the Court on December 12, 2011, on the application of counsel for the Plaintiffs for an award of attorneys' fees, and for the reimbursement of costs and expenses incurred by Plaintiffs and Lead Counsel in the captioned action, the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this action to be fair, reasonable and adequate, and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.      All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated August 24, 2011 (the "Stipulation"), and filed with the Court.

2.      This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Members of the Class who have not timely and validly requested exclusion.

3.      The Court hereby awards Lead Counsel litigation expenses in the amount of $142,173.85 from the Settlement Fund. The Court further awards attorneys' fees of one-third of the Settlement Fund, after the deduction of the aforementioned litigation expenses from the Settlement Fund, together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid. The Court finds that the amount of fees awarded is appropriate and that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method given the substantial risks of non-recovery, the time and effort involved, and the result obtained for the Class. *See Vizcaino v. Microsoft Corp.*, 290 F.3d 1043 (9th Cir. 2002).

4.      The awarded attorneys' fees and expenses and interest earned thereon shall immediately be paid to Lead Counsel subject to the terms, conditions and obligations of the Stipulation, and in particular ¶7.2 thereof, which terms, conditions and obligations are incorporated herein.

AMENDED [PROPOSED] ORDER AWARDING LEAD COUNSEL ATTORNEYS' FEES AND EXPENSES
No. C-09-02147-JW

- 1 -

5. Pursuant to 15 U.S.C. §78u-4(a)(4), time and expenses are awarded to the following plaintiffs in the amounts indicated: David Gordon $5,000; Joel Gentleman $5,000; and Sharon Hodges $5,000. Such reimbursement is appropriate considering their active participation as plaintiffs in this action, as attested to by the declarations submitted to the Court.

IT IS SO ORDERED.

DATED: December 15, 2011

_____

THE HONORABLE JAMES WARE
U.S. DISTRICT COURT CHIEF JUDGE

Submitted by:

SCOTT+SCOTT LLP

/s/ Mary K. Blasy
MARY K. BLASY

707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508

Lead Counsel for Plaintiffs

AMENDED [PROPOSED] ORDER AWARDING LEAD COUNSEL ATTORNEYS' FEES AND EXPENSES
No. C-09-02147-JW

- 2 -