UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALI ZAIDI, et al.,

          Plaintiffs,

    v.

ADAMAS PHARMACEUTICALS, INC., et al.,

          Defendants.

Case No.  19-cv-08051-JSW

**ORDER REQUIRING CHAMBERS COPIES**

Re: Dkt. Nos. 133, 134

The Court ORDERS the parties to submit chambers copies of the Motion for Final Approval of Class Action Settlement and Plan of Allocation (Dkt. 133) and Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (Dkt. No. 134) and All Briefs/Exhibits/Declarations, etc., relating to those motions.  All chambers copies must be securely bound at the top or on the side, either with staples, "ACCO" fasteners, or velo-binding, or shall be submitted in binders.  Binder clips, paper clips, and rubber bands will not satisfy this requirement.

If any of the chambers copies to be submitted are more than two inches thick, the parties should submit the chambers copies in multiple volumes that do not exceed two inches.  When a declaration or other document includes exhibits, parties shall submit chambers copies of the documents which include tabs that separate each exhibit.  The Court also encourages the parties to submit double sided copies of all documents, but if they follow that request, the document should be bound on the side not at the top.

//

//

//

The Court reserves the right to reject non-conforming chambers copies and to require the party to re-submit them in accordance with this paragraph.

**IT IS SO ORDERED.**

Dated: September 10, 2024

_____
JEFFREY S. WHITE
United States District Judge

United States District Court
Northern District of California

2