UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALI ZAIDI, et al.,

          Plaintiffs,

    v.

ADAMAS PHARMACEUTICALS, INC., et al.,

          Defendants.

Case No.  19-cv-08051-JSW

**ORDER REQUIRING DETAILED BILLING RECORDS**

Re: Dkt. No. 135

Pending before the Court is Lead Counsel's Motion for and Award of Attorneys' Fees and Reimbursement of Litigation Expenses, (Dkt. No. 134).  Plaintiffs' Counsel Leanne H. Solish and Danielle S. Myers submitted summary charts to support their firms' lodestar calculations and expenses.  (Dkt. Nos. 135-3, 135-4.)  The Court is unable to determine from the summary charts the reasonableness of the hours expended.  Therefore, Plaintiffs' Counsel is HEREBY ORDERED to submit detailed billing records so the Court may determine an appropriate lodestar figure and calculation of expenses.  Counsel should submit the records by September 24, 2024.

      **IT IS SO ORDERED.**

Dated: September 16, 2024

_____
JEFFREY S. WHITE
United States District Judge

United States District Court
Northern District of California