COOLEY LLP
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
SHANNON M. EAGAN (212830)
(seagan@cooley.com)
TIJANA BRIEN (286590)
(tbrien@cooley.com)
JANELLE M. FERNANDES (322217)
(jfernandes@cooley.com)
3175 Hanover Street
Palo Alto, California  94304-1130
Telephone:    +1 650 843 5000
Facsimile:    +1 650 849 7400

Attorneys for Defendant
RICHARD A. KING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI ZAIDI, Individually and on Behalf of All Others Similarly Situated, | Case No. 4:19-cv-08051-JSW |
| Plaintiff, | **DECLARATION OF TIJANA M. BRIEN RE: CLASS ACTION FAIRNESS ACT, 28 § 1715** |
| v. | Judge:  Honorable Jeffrey S. White |
| RICHARD A. KING, | Date Filed:  December 10, 2019 |
| Defendant. | |

I, Tijana M. Brien, hereby declares as follows:

1.      I am a partner with the law firm Cooley LLP, counsel for Defendant Richard A. King in the above-captioned action.  I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I have knowledge of the matters stated herein and, should I be called upon, I could and would competently testify thereto.

2.      Pursuant to Paragraph 22 of the Stipulation and Agreement of Settlement (ECF No. 124-1), on March 11, 2024, my firm sent notices of the proposed class action settlement in the above-captioned action to the appropriate state and federal officials pursuant to the Class Action Fairness Act, 28 U.S.C. § 1715 ("CAFA").

3.      Defendant's CAFA notices included a CD containing copies of (1) the Class Action Complaint for Violation for Violation of the Federal Securities Laws filed in the Action on December 10, 2019; (2) the Amended Class Action Complaint for Violation of the Federal Securities Laws and supporting exhibits, filed in the Action on May 15, 2020; (3) the Second Amended Class Action Complaint for Violation of the Federal Securities Laws and supporting exhibits, filed in the Action on November 5, 2021; and (4) Lead Plaintiffs' Notice of Unopposed Motion and Motion for Preliminary Approval of Class Action Settlement (and all exhibits thereto, including the proposed notification to class members).

4.      Defendant's CAFA notices were accompanied by a cover letter substantially in the form attached hereto as **Exhibit A** and were sent via United States Certified Mail to the persons identified in **Exhibit B**.

5.      As of the date below, Cooley has not, to the best of my knowledge, received notification that any of the CAFA notices mailed to the persons identified in Exhibit B were returned as undeliverable.  Madeline Harvey, a Division Assistant from the Florida Office of the Attorney General, Consumer Protection Division, contacted me on April 12, 2024, and requested that the materials be sent to her electronically.  Cooley did so on April 12, 2024, and again on August 18, 2024.  On August 19, 2024, Nicola Cox from the Florida Office of the Attorney General confirmed receipt.

6.      No persons identified in Exhibit B have expressed any concerns to Defendant about

the nature or scope of the proposed settlement.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on September 20, 2024, in Moss Beach, California.

*/s/ Tijana M. Brien*
Tijana M. Brien (286590)

# EXHIBIT A



Tijana Brien                                                                    By Certified Mail
T: +1 650 843 5941
tbrien@cooley.com

March 11, 2024

Attorney General, Florida Attorney General, Ashley Moody
The Capitol, PL 01,
Tallahassee, FL 32399-1050

**Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C. § 171**

To Whom It May Concern:

I write on behalf of Defendants[1] to serve notice of a proposed class action settlement pursuant to Section 3 of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715 et seq, in the matter *Zaidi v. Adamas Pharmaceuticals, Inc*., et al., Case No. 4:19-cv-08051-JSW (the "Action").

By providing this notice, Defendants intend to satisfy all notification obligations that the Defendants might have under CAFA with respect to the Action, without conceding that such notice is required by law.

Enclosed is a DVD containing PDF copies of the following documents:[2]

1. Class Action Complaint for Violation for Violation of the Federal Securities Laws filed in the Action on December 10, 2019;

2. Amended Class Action Complaint for Violation of the Federal Securities Laws and supporting exhibits, filed in the Action on May 15, 2020;

3. Second Amended Class Action Complaint for Violation of the Federal Securities Laws and supporting exhibits, filed in the Action on November 5, 2021;

---

[1] "Defendants" are Adamas Pharmaceuticals, Inc., Gregory T. Went, Alfred G. Merriweather, and Richard A. King.

[2] These and other public documents from the docket in the Action are available, for a fee, through the Court's Public Access to Court Electronic Records ("PACER") system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, 1301 Clay Street, Oakland, CA 94612, between 9:00 a.m. and 4:00 p.m. Pacific, Monday through Friday, excluding Court holidays.

# Cooley

Attorney General, Ashley Moody
March 11, 2024
Page Two

4. Lead Plaintiffs' Notice of Unopposed Motion and Motion for Preliminary Approval of Class Action Settlement (and all exhibits thereto, including the proposed notification to class members[3]).

Defendants also advise that, contemporaneous with the Settlement Agreement, Plaintiffs and Defendants have, by and through their respective counsel, entered into a Confidential Supplemental Agreement. The Supplemental Agreement sets forth certain conditions under which Defendants shall have the option to terminate and render the Settlement Agreement null and void.  Plaintiffs and Defendants have agreed to maintain the confidentiality of the Supplemental Agreement, which shall not be disclosed or filed unless required by the Court, as described in ECF No. 124-1.

A preliminary approval hearing regarding the proposed settlement is scheduled for April 5, 2024, at 9:00 a.m. Pacific, before the Honorable Jeffrey S. White, United States District Court Judge for the Northern District of California, who is located at the Oakland Courthouse, Courtroom 5, 2nd Floor, 1301 Clay Street, Oakland, CA 94612.

Sincerely

/S/

Tijana Brien

---

[3] At this time, Defendants are unable to provide an estimate of the number of class members residing in each state, or the proportionate share of the claims of such members to the entire proposed settlement, in part, because FibroGen's registered holders represent multiple underlying beneficial holders whose identities and residencies are not presently known to Defendants.  In addition, Defendants cannot feasibly estimate the proportionate share of claims in each state because the amount of each class member's claimed damages will be unknown until the settlement claims administration process is well underway.

# EXHIBIT B

| NAME | ADDRESS | PHONE NUMBER |
|---|---|---|
| U.S. Attorney General, Merrick B. Garland | U.S. Department of Justice 950 Pennsylvania Avenue NW Washington, DC 20530-0001 | Department Comment Line:  202-353-1555 Department of Justice Main Switchboard: 202-514-2000 |
| Alabama Attorney General, Steve Marshall | 501 Washington Ave. P.O. Box 300152 Montgomery, AL 36130-0152 | Telephone: (334) 242-7300 |
| Alaska Attorney General, Treg Taylor | 1031 W. 4th Avenue, Suite 200 Anchorage, AK 99501-1994 | Telephone: (907) 269-5100 |
| Arizona Attorney General, Kris Mayes | 2005 N. Central Ave. Phoenix, AZ 85004-2926 | Telephone: (602) 542-5025 |
| Arkansas Attorney General, Tim Griffin | 323 Center St., Suite 200 Little Rock, AR 72201-2610 | Telephone: (501) 682-2007 |
| California Attorney General, Rob Bonta | 1300 I St., Ste. 1740 Sacramento, CA 95814 | Telephone: (916) 210-6276 |
| Colorado Attorney General, Phil Weiser | Ralph L. Carr Judicial Building 1300 Broadway, 10th Floor Denver, CO 80203 | Telephone: (720) 508-6000 |
| Connecticut Attorney General, William Tong | 165 Capitol Avenue Hartford, CT 06106 | Telephone: (860) 808-5318 |
| Delaware Attorney General, Kathy Jennings | Carvel State Office Bldg. 820 N. French St. Wilmington, DE 19801 | Telephone: (302) 577-8400 |
| District of Columbia Attorney General, Brian Schwalb | 400 6th Street N.W. Washington, DC 20001 | Telephone: (202) 727-3400 |
| Florida Attorney General, Ashley Moody | The Capitol, PL 01, Tallahassee, FL 32399-1050 | Telephone: (850) 414-3300 |
| Georgia Attorney General, Chris Carr | 40 Capitol Square, SW Atlanta, GA 30334-1300 | Telephone: (404) 656-3300 |
| Hawaii Attorney General, Anne E. Lopez | 425 Queen St. Honolulu, HI 96813 | Telephone: (808) 586-1500 |
| Idaho Attorney General, Raúl Labrador | 700 W. Jefferson Street, Suite 210 P.O. Box 83720 Boise, ID 83720-0010 | Telephone: (208) 334-2400 |
| Illinois Attorney General, Kwame Raoul | James R. Thompson Ctr. 100 W. Randolph St. Chicago, IL 60601 | Telephone: (312) 814-3000 |
| Indiana Attorney General, Todd Rokita | Indiana Government Center South – 5th Floor 302 West Washington Street Indianapolis, IN 46204 | Telephone: (317) 232-6201 |
| Iowa Attorney General, Brenna Bird | Hoover State Office Bldg. 1305 E. Walnut, 2nd Floor Des Moines, IA 50319 | Telephone: (515) 281-5164 |
| Kansas Attorney General, Kris Kobach | 120 S.W. 10th Ave., 2nd Fl. Topeka, KS 66612-1597 | Telephone: (785) 296-2215 |
| Kentucky Attorney General, Russell Coleman | 700 Capitol Avenue Capitol Building, Suite 118 Frankfort, KY 40601 | Telephone: (502) 696-5300 |
| Louisiana Attorney General, Liz Murrill | P.O. Box  94005 Baton Rouge, LA 70804-4095 | Telephone: (225) 326-6000 |
| Maine Attorney General, Aaron Frey | State House Station 6 Augusta, ME 04333 | Telephone: (207) 626-8800 |
| Maryland Attorney General, Anthony G. Brown | 200 St. Paul Place Baltimore, MD 21202-2202 | Telephone: (410) 576-6300 |
| Massachusetts Attorney General, Andrea Campbell | 1 Ashburton Place, 20th Floor, Boston, MA 02108-1698 | Telephone: (617) 727-2200 |

| | | |
|---|---|---|
| Michigan Attorney General, Dana Nessel | P.O. Box 30212<br>525 W. Ottawa St.<br>Lansing, MI 48909-0212 | Telephone: (517) 335-7622 |
| Minnesota Attorney General, Keith Ellison | 445 Minnesota St., Suite 1400<br>St. Paul, MN 55101-2131 | Telephone: (651) 296-3353 |
| Mississippi Attorney General, Lynn Fitch | Department of Justice<br>P.O. Box 220<br>Jackson, MS 39205<br>Department of Justice<br>550 High Street, Suite 1200<br>Jackson, MS  39205 | Telephone: (601) 359-3680 |
| Missouri Attorney General, Andrew Bailey | Supreme Ct. Bldg.<br>207 W. High St.<br>P.O. Box 899<br>Jefferson City, MO  65102 | Telephone: (573) 751-3321 |
| Montana Attorney General, Austin Knudsen | Justice Bldg.<br>215 N. Sanders<br>Helena, MT 59620-1401 | Telephone: (406) 444-2026 |
| Nebraska Attorney General, Mike Hilgers | 2115 State Capitol<br>P.O. Box 98920<br>Lincoln, NE 68509 | Telephone: (402) 471- 2683 |
| Nevada Attorney General, Aaron Ford | Old Supreme Ct. Bldg.<br>100 N. Carson St.<br>Carson City, NV 89701 | Telephone: (775) 684-1100 |
| New Hampshire Attorney General, John Formella | 1 Granite Place South<br>Concord, NH 03301 | Telephone: (603) 271-3658 |
| New Jersey Attorney General, Matthew J. Platkin | Richard J. Hughes Justice Complex<br>25 Market Street, 8th Floor, West Wing<br>Trenton, NJ 08625-0080 | Telephone: (609) 292-4925 |
| New Mexico Attorney General, Raul Torrez | P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 | Telephone: (505) 490-4060 |
| New York Attorney General, Letitia James | Office of the New York State Attorney General<br>The Capitol<br>Albany, NY 12224-0341 | Telephone: (518) 776-2000 |
| North Carolina Attorney General, Joshua Stein | 114 West Edenton Street<br>Raleigh, NC 27603 | Telephone: (919) 716-6400 |
| North Dakota Attorney General, Drew Wrigley | State Capitol<br>600 E. Boulevard Ave.<br>Bismarck, ND 58505-0040 | Telephone: (701) 328-2210 |
| Ohio Attorney General, Dave Yost | State Office Tower<br>30 E. Broad St.<br>Columbus, OH 43266-0410 | Telephone: (614) 466-4320 |
| Oklahoma Attorney General,  Gentner Drummond | 313 N. E. 21st Street<br>Oklahoma City, OK 73105 | Telephone: (405) 521-3921 |

| | | |
|---|---|---|
| Oregon Attorney General, Ellen Rosenblum | Justice Bldg. 1162 Court St., NE Salem, OR 97301 | Telephone: (503) 378-4400 |
| Pennsylvania Attorney General, Michelle A. Henry | Pennsylvania Office of Attorney General 16th Floor, Strawberry Square Harrisburg, PA 17120 | Telephone: (717) 787-3391 |
| Rhode Island Attorney General, Peter F. Neronha | 150 S. Main St. Providence, RI 02903 | Telephone: (401) 274-4400 |
| South Carolina Attorney General, Alan Wilson | Rembert C. Dennis Office Bldg. P.O. Box 11549 Columbia, SC 29211-1549 | Telephone: (803) 734-3970 |
| South Dakota Attorney General, Marty Jackley | 1302 E. Hwy. 14, Suite 1 Pierre, SD 57501- 8501 | Telephone: (605) 773-3215 |
| Tennessee Attorney General, Jonathan Skrmetti | Office of the Attorney General and Reporter P.O. Box 20207 Nashville, TN 37202-0207 | Telephone: (615) 741-3491 |
| Texas Attorney General, Ken Paxton | Capitol Station P.O. Box 12548 Austin, TX 78711-2548 | Telephone: (512) 463-2100 |
| Utah Attorney General, Sean Reyes | State Capitol,          350 North State Street   Suite 230 Salt Lake City, UT 84114-0810 | Telephone: (801) 538-9600 |
| Vermont Attorney General, Charity R. Clark | 109 State St. Montpelier, VT 05609-1001 | Telephone: (802) 828-3173 |
| Virginia Attorney General, Jason Miyares | 202 North Ninth Street Richmond, Virginia 23219 | Telephone: (804) 786-2071 |
| Washington Attorney General, Robert Ferguson | 1125 Washington Street SE P.O. Box 40100 Olympia, WA  98504-0100 | Telephone: (360) 753-6200 |
| West Virginia Attorney General, Patrick Morrisey | State Capitol 1900 Kanawha Blvd. E. Charleston, WV 25305 | Telephone: (304) 558-2021 |
| Wisconsin Attorney General, Josh Kaul | Wisconsin Department of Justice State Capitol P.O. Box 7857 Madison, WI 53707-7857 | Telephone: (608) 266-1221 |
| Wyoming Attorney General, Bridget Hill | 109 State Capitol 200 W. 24th Street Cheyenne, WY 82002 | Telephone: (307) 777-7841 |
| American Samoa, Fainu'ulelei Falefatu Ala'ilima-Utu | Department of Legal Affairs Executive Office Bldg. 3rd Floor P.O. Box 7 Utulei, American Samoa 96799 | Telephone: (684) 633-4163 |
| Guam, Douglas Moylan | Office of Attorney General ITC Building 590 S. Marine Corps Dr, Ste.  901 Tamuning, Guam 96913 | Telephone: (671) 475-2580 |

|  |  |  |
|---|---|---|
| Northern Mariana Islands, Edward Manibusan | Administration Building P.O. Box 10007 Saipan, MP 96950-8907 | Telephone: (670) 664-2341 |
| Puerto Rico, Domingo Emanuelli Hernandez | P.O. Box 9020192 San Juan, Puerto Rico 00902-0192 | Telephone: (787) 721-2900 |
| U.S. Virgin Islands,  Ariel M. Smith | GERS Building 2nd Floor,  3438 Kronprindsens Gade St. Thomas, VI 00802 | Telephone: (340) 774-5666 |