UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALI ZAIDI, et al.,

        Plaintiffs,

   v.

ADAMAS PHARMACEUTICALS, INC., et al.,

        Defendants.

Case No. 19-cv-08051-JSW

**NOTICE OF QUESTIONS FOR HEARING**

Re: Dkt. Nos. 133, 134

The Court has reviewed all materials submitted in support of the motion for final settlement approval and the motion for attorneys' fees and costs and incentive payments to the class representative.  At the fairness hearing, set for September 27, 2024 at 9:00 a.m. via Zoom, the parties should be prepared to answer the following questions:

(i)     Between the July 15, 2024 declaration of Margery Craig and the September 18, 2024 supplemental declaration of Margery Craig, the number of Postcard Notices which were returned as "undeliverable" from the United States Postal Service increased from 515 to 1,758. (Dkt. No. 139-1, Supplemental Declaration of Margery Craig ("Craig Supp. Decl."), ¶ 5.)  The number which remain "undeliverable" after attempts to find new addresses increased from 147 to 726.  (*Id.*)

     a.   Is the Court's understanding correct that the claims administrator searched but was unable to obtain new addresses for the 726 returned postcards which were not re-mailed to updated addresses?

     b.   When were the notices re-mailed to the updated addresses?  Did those recipients have the benefit of the opt-out period and time to object?

(ii)    Potential class members have submitted a total of 12,139 claims.  Of these, 4,143

are considered valid, 7,956 are considered invalid, and 40 are awaiting determination. (Craig Supp. Decl., ¶ 10.) This seems like an unusually high percentage of invalid claims. Was this expected? Can the parties account for this?

(iii)    What percentage of valid claims have estimated Distribution Amounts under $10?

(iv)    What is the "Attorney Service Fee" sought by Robbins Geller Rudman & Dowd LLP? (Dkt. No. 135-4, Expense Summary.)

(v)    Is it still true that no class members have objected to the terms of the settlement agreement and no class members have opted out?

**IT IS SO ORDERED.**

Dated: September 24, 2024

_____
JEFFREY S. WHITE
United States District Judge