UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTE ORDER**

**DATE**:  September 27, 2024                **TIME IN COURT**: 6 minutes

**JUDGE**:  JEFFREY S. WHITE               **COURT REPORTER**:  Beth Krupa

**COURTROOM DEPUTY**:  Ki'i Kealalio-Puli

**CASE NO.**:  19-cv-08051-JSW

**TITLE**:  Ali Zaidi, et al. v. Adamas Pharmaceuticals, Inc., et al.

**COUNSEL FOR PLAINTIFF**:              **COUNSEL FOR DEFENDANT**:
Joseph Cohen                            Janelle Fernandez
Leanne Solish
Ellen Gusikoff-Stewart

**PROCEEDINGS**:  Motion Hearing

**RESULTS**:  Motion for Settlement and Motion for Attorney Fees hearing – Held via Zoom Webinar.  No class members present on the call and no objections raised regarding the terms of the proposed settlement. The Court asks that Plaintiff file billing records under seal as stated on the record. The Court takes the matter under submission, written order to follow.