**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALI ZAIDI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ADAMAS PHARMACEUTICALS, INC., *et al.*,<br><br>Defendants. | Case No. 4:19-cv-08051-JSW<br><br>**CLASS ACTION**<br><br>**[PROPOSED]** **ORDER GRANTING LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE PLAINTIFF'S COUNSEL'S BILLING AND EXPENSE RECORDS UNDER SEAL**<br><br>Re: Dkt. No. 149 |

**[PROPOSED] ORDER**

Pursuant to Civil Local Rules 79-5 and 7-11, the Court's September 27, 2024, Civil Minute Order (ECF No. 145), and the reasons stated on the record at the September 27, 2024, Final Approval Hearing, Court-appointed lead plaintiff Ralph Martinez moved this Court for an Order to file under seal Plaintiff's Counsel's billing and expense records.[1]

The Court, having read and considered the papers in connection with Lead Plaintiff's Administrative Motion to File Plaintiff's Counsel's Billing and Expense Records Under Seal, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT** Lead Plaintiff's Administrative Motion to File Plaintiff's Counsel's Billing and Expense Records Under Seal is **GRANTED**. Plaintiff's Counsel do not have to file redacted versions of the documents.

**IT IS SO ORDERED.**

DATED:   September 30, 2024

_____
Hon. Jeffrey S. White
United States District Court Judge

---

[1] Plaintiff's Counsel are Court-appointed lead counsel, Glancy Prongay & Murray LLP, and Robbins Geller Rudman & Dowd LLP.

1