UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALI ZAIDI, et al.,

               Plaintiffs,

      v.

ADAMAS PHARMACEUTICALS, INC., et al.,

               Defendants.

Case No.  19-cv-08051-JSW

**ORDER DIRECTING CLERK TO CLOSE FILE**

Re: Dkt. No. 148

The Judgment Approving Class Action Settlement, (Dkt. No. 148), constitutes the final judgment in this case.  The Clerk shall close the file.

The Court retains jurisdiction over this matter as stated in paragraph 15 of the Judgment Approving Class Action Settlement.  (*Id.* at 6:23-7:1.)

**IT IS SO ORDERED.**

Dated: September 30, 2024

_____
JEFFREY S. WHITE
United States District Judge

United States District Court
Northern District of California